IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Dongguan Cheng One Co., Ltd.,

        Plaintiff,                      Civil Action No.: 24-cv-3388

**Notice of Appearance**

   -against-

Desen Inc.,

        Defendant.
----------------------------------------------------------------x

I, Richard E. Lerner, of Mazzola Lindstrom, LLP, hereby appear as counsel for plaintiff Dongguan Cheng One Co., Ltd.

Dated: May 13, 2024
      New York, New York

                              Respectfully submitted,

                              MAZZOLA LINDSTROM, LLP

                              */s/Richard E. Lerner*
                              Richard E. Lerner
                              *Counsel for plaintiff*
                              1350 Avenue of the Americas, 2nd Floor
                              New York, New York 10019
                              (d) 646-813-4345
                              (m) 917-584-4864
                              richard@mazzolalindstrom.com