# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dongguan Cheng One Co., Ltd.,

                         **Plaintiff(s),**

            **- against -**

Desen Inc.,

                       **Defendant(s),**

------------------------------------------------------------X

CM/ECF

_____ Civ. 1:24-cv-03388 )

**CLERK'S CERTIFICATE
OF DEFAULT**

      **I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** May 2, 2024 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Desen Inc. **by personally serving** Desen Inc. **, and proof of service was therefore filed on** May 28, 2024 **, Doc. #(s)** 6 **.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

               **_____, 20___**

                                  **DANIEL ORTIZ**
                               **Acting Clerk of Court**

                          **By: _____**
                                   **Deputy Clerk**