IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
Dongguan Cheng One Co., Ltd.,

        Plaintiff,　　　　　　　　　　CM/ECF

                                            Civil Action No.: 1:24-cv-03388

   -against-

                                            **Attorney Affirmation**

Desen Inc.,

        Defendant.
-----------------------------------------------------------------x

Shan Chen, Esq. hereby certifies as follows:

      1.      This certification is made in support of the plaintiff Dongguan Cheng One Co., Ltd.'s request for entry of a default against the defendant Desen Inc. in this action.

      2.      I am the attorney for the plaintiff and have personal knowledge of the following facts.

      3.      This action was commenced on May 2, 2024 by the filing of a summons and complaint.

      4.      The defendant was served with the summons and complaint on May 24, 2024, as shown by the proof of service that was filed with this Court on May 28, 2024.

      5.      More than sixty days have elapsed since the service of the summons and complaint.

      6.      The defendant has failed to answer, or otherwise defend this action as provided by the Federal Rules of Civil Procedure and, therefore, is now in default.

      7.      Plaintiff requests that the clerk of the Court enter default against the defendant.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing statements are true.

Dated: New York, New York
August 7, 2024

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

*[signature]*

_____
Shan (Jessica) Chen
Richard E. Lerner
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280; 646-813-4345
(m) 347-652-9046; 917-584-4864
jessica@mazzolalindstrom.com
richard@mazzolalindstrom.com