UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dongguan Cheng One Co., Ltd.,

     **Plaintiff(s),**

  - against -

Desen Inc.,

     **Defendant(s),**

------------------------------------------------------------X

CM/ECF Civ. 1:24-cv-03388

**CLERK'S CERTIFICATE OF DEFAULT**

  I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 2, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Desen Inc. by personally serving New York Secretary of State authorized agent, Amy Lesch, and proof of service was therefore filed on May 28, 2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

  August 8, 2024

              **DANIEL ORTIZ**
              **Acting Clerk of Court**

          **By:** *K. Mango*
              **Deputy Clerk**