IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
Dongguan Cheng One Co., Ltd.,

                Plaintiff,                      CM/ECF

                                    Civil Action No.: 1:24-cv-03388

    -against-

                                    **Affidavit of Paralegal**
Desen Inc.,                               **Antonio Caquias**

                Defendant.
-------------------------------------------------------------------x

    I, Antonio Caquias, state under penalty of perjury as follows:

1. I am a paralegal with the law firm Mazzola Lindstrom, LLP, counsel for plaintiff Dongguan Cheng One Co Ltd.

2. I submit this affidavit to that I've personally mailed the accompanying Proposed Clerk's Certificate of Default, Attorney Affirmation, and Clerk's Certificate of Default, on August 8, 2024, through First Class Mail with the United States Postal Service. A copy of each notice was sent to Desen Inc. at 1407 Broadway, Suite 3412, New York, NY 10018, and 99-03 43rd Avenue, Corona, NY 11368.

Dated: New York, New York
         August 12, 2024

                                                      Respectfully submitted,

**Sworn to before me this**
**12th day of August 2024**

                                                      **MAZZOLA LINDSTROM LLP**

Notary Public
    RICHARD LERNER
Notary Public, State of New York
     No. 02LE5032882
  Qualified in Queens County                 Antonio Caquias
Commission Expires Sept. 6, 20 26            1350 Avenue of the Americas,
                                                       2nd Floor
                                                       New York, New York 10019