IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Dongguan Cheng One Co., Ltd.,

                Plaintiff,                              Civil Action No.: 1:24-cv-03388-ER
   -against-

                                                                  **Order to Show Cause for**
Desen Inc.,                                                    **Default Judgment**

                Defendant.
-------------------------------------------------------------------x

      Upon the declaration of Shan Chen, sworn to the 19th Day of November, 2024, and upon the copy of compliant hereto annexed, and the declaration of Wenge Gao, principal of plaintiff Dongguan Cheng One Co., Ltd., it is ORDERED, that the above named defendant show cause before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY on _____20____, at _____am/pm, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 FRCP granting default judgment; and it is further ORDERED, that sufficient reason having been show, therefore, it is

      ORDERED that service of a copy of this order to show cause and the papers upon which it is granted by service upon the New York Secretary of State, as agent for service of process of defendant Desen Inc., and by both regular mail and FedEx or similar overnight delivery service to Desen Inc.'s last known place of business at 1407 Broadway, Suite 3412, New York, New York 10018, on or before the ____day of November 2024, shall be deemed good and sufficient service thereof.

Dated: New York, New York
              2024                                                          _____
                                                                     Edgardo Ramos – USDJ-SDNY