IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
Dongguan Cheng One Co., Ltd.,

        Plaintiff,                      CM/ECF

                                                    Civil Action No.: 1:24-cv-03388
   -against-

Desen Inc.,

        Defendant.
-------------------------------------------------------------------x

**PROPOSED DEFAULT JUDGMENT**

This matter having been brought before the Court by and through the attorneys for plaintiff Dongguan Cheng One Co., Ltd. on notice to defendant Desen Inc. for default judgment due to defendant's failure to plead or otherwise appear, and the Court having considered the pleadings, and all submissions in support thereof and opposition thereto, if any, and having found that plaintiff Dongguan Cheng One Co., Ltd. is entitled to the relief sought for good cause shown.

It is on this _____ day of _____2024, ORDERED that JUDGMENT be entered in favor of plaintiff Dongguan Cheng One Co., Ltd., granting relief sought in plaintiff's complaint as to defendant in the amount of (1) $873,260 for the unpaid goods sold by Dongguan Cheng One Co., Ltd. to Desen Inc.; and (b) for prejudgment interest at the statutory rate from the due dates of invoices, plus costs and disbursements of $519.79.

                                                                         _____

                                                                         Edgardo Ramos – USDJ-SDNY