THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Dongguan Cheng One Co., Ltd.,

                Plaintiff,                    Civil Action No.: 1:24-cv-03388-ER

   -against-

                                                     **Order to Show Cause for**

Desen Inc.,                                          **Default Judgment**

                Defendant.
-------------------------------------------------------x

      Upon the declaration of Shan Chen, sworn to the 19th Day of November, 2024, and upon the copy of compliant hereto annexed, and the declaration of Wenge Gao, principal of plaintiff Dongguan Cheng One Co., Ltd., it is ORDERED, that the above named defendant show cause before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, New York on <u>December 19, 2024, at 11:00 am</u>, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 FRCP granting default judgment; and it is further ORDERED, that sufficient reason having been show, therefore, it is

      ORDERED that service of a copy of this order to show cause and the papers upon which it is granted by service upon the New York Secretary of State, as agent for service of process of defendant Desen Inc., and by both regular mail and FedEx or similar overnight delivery service to Desen Inc.'s last known place of business at 1407 Broadway, Suite 3412, New York, New York 10018, on or before the <u>27nd day of November 2024</u>, shall be deemed good and sufficient service thereof.

ORDERED that opposing papers, if any, shall be filed with the Court and served on Plaintiff's counsel on or before <u>December 11, 2024</u>. Plaintiff shall file any reply papers on or before <u>December 16, 2024</u>.

Dated: New York, New York
      November 20, 2024

Edgardo Ramos, U.S.D.J.