IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Dongguan Cheng One Co., Ltd., Plaintiff,

     -against-

Desen Inc., Defendant

----------------------------------------------------------------x

Civil Action No.: 1:24-cv-03388

**Declaration of Service**

I, Antonio Caquias, state under penalty of perjury, pursuant to 28 USC 1746, as follows:

1.      I am a paralegal with the law firm Mazzola Lindstrom, LLP, counsel for plaintiff Dongguan Cheng One Co Ltd.

2.      I submit this declaration to confirm that I personally mailed the accompanying Order to Show Cause and supporting documents on November 25, 2024, via Regular Mail with the United States Postal Service and via FedEx Overnight delivery, which was expected to be delivered by November 26, 2024. A copy of the Order to Show Cause and the accompanying documents was sent to Desen Inc. at 1407 Broadway, Suite 3412, New York, NY 10018, as per the court's directive. However, FedEx redirected the delivery to the address at 99-03 43rd Avenue, Corona, NY 11368, which is Desen, Inc.'s registered address on the website of the New York Secretary of State. There were failed delivery attempts on Wednesday, November 27; Friday, November 29, 2024; and Monday, December 2, 2024. As a result, the package was not delivered prior to November 27. The tracking number for this delivery is 770222538335. FedEx has reported continued delivery failure due to the reason "business closed." There is no other business address listing for this company on file with the New York Secretary of State, where the company is registered, other than 99-03 43rd Avenue, Corona, NY 11368.

Dated: New York, New York
     December 4, 2024

    -

_____
Antonio Caquias, Paralegal
Mazzola Lindstrom LLP
1350 Avenue of the Americas,
2nd Floor
New York, New York 10019



FedEx® Tracking

 by FedEx **Fall head over heels for holiday deals.** Save at your favorite stores and unlock exclusive benefits.  SHOP NOW

**DELIVERY DATE**
You can pick up your package after at FedEx Facility <a name= DestStationAddress> 58-95 MAURICE AVENUE,</a> or we'll try to deliver again during the next business day.

**DELIVERY STATUS**
We tried to deliver ➔



**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

GET UPDATES

**MORE OPTIONS**

**TRACKING ID**
770222548335 ✎ ☆

> **FROM**
> NEW YORK, NY US
> *Label Created*
> 11/25/24 2:37 PM
>
> **WE HAVE YOUR PACKAGE**
> NEW YORK, NY
> 11/25/24 4:55 PM
>
> **WE TRIED TO DELIVER**
> MASPETH, NY
> 12/2/24 2:26 PM
>
> **OUT FOR DELIVERY**



**TO**
NEW YORK, NY US

*Scheduled Delivery Date*
12/3/24 before 12:00 PM

 ↓ <u>View travel history</u>

---

## Manage Delivery ⌃

📍 Hold at location

---

## Shipment facts ⌃

 📦 Shipment overview

**TRACKING NUMBER**   770222548335

**SHIP DATE** ⓘ   11/25/24

**STANDARD TRANSIT** ⓘ   11/26/24 before 12:00 PM

**SCHEDULED DELIVERY DATE**   12/3/24 before 12:00 PM

🚚 Services

**SERVICE**   FedEx Priority Overnight

**DELIVERY ATTEMPTS**   1

**TERMS**   Third Party

**SPECIAL HANDLING SECTION**   Deliver Weekday, Residential Delivery, No Signature Required

 Package details

**WEIGHT**   1 lbs / 0.45 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   1 lbs / 0.45 kgs

**PACKAGING**   FedEx Envelope

↑ <u>Back to to</u>



SORT BY DATE/TIME

| Ascending | ⌄ |
|---|---|

Time zone

| Local Scan Time | ⌄ |
|---|---|

Monday, 11/25/24

- 3:37 PM
  **Picked up**
  NEW YORK, NY

- 2:37 PM
  **Shipment information sent to FedEx**

- 4:55 PM
  **Picked up**
  NEW YORK, NY

- 7:04 PM
  **Shipment arriving On-Time**
  NEW YORK, NY

- 10:14 PM
  **Left FedEx origin facility**
  NEW YORK, NY

- 10:52 PM
  **Arrived at FedEx hub**
  NEWARK, NJ

Tuesday, 11/26/24

- 5:56 AM
  **Departed FedEx hub**
  NEWARK, NJ

- 9:04 AM
  **On FedEx vehicle for delivery**
  NEW YORK, NY

- 10:30 AM
  **Delivery exception**
  Incorrect address - Recipient moved
  NEW YORK, NY

- 10:36 AM
  **Delivery updated**
  NEW YORK, NY

- 10:51 PM
  **Left FedEx origin facility**
  NEW YORK, NY

- 11:46 PM
  **Arrived at FedEx hub**
  NEWARK, NJ





- 8:29 AM
  **At local FedEx facility**
  MASPETH, NY

- 3:45 AM
  **Departed FedEx hub**
  NEWARK, NJ

- 9:44 AM
  **On FedEx vehicle for delivery**
  MASPETH, NY

- 5:25 AM
  **At destination sort facility**
  JAMAICA, NY

- 8:29 AM
  **At local FedEx facility**
  MASPETH, NY

- 3:03 PM
  **Delivery exception**
  Customer not available or business closed
  MASPETH, NY

- 3:05 PM
  **Delivery updated**
  MASPETH, NY

- 8:02 PM
  **At local FedEx facility**
  MASPETH, NY



- 7:39 AM
  **At local FedEx facility**
  MASPETH, NY

- 8:19 AM
  **At local FedEx facility**
  MASPETH, NY

- 4:43 AM
  **At local FedEx facility**
  MASPETH, NY

- 5:26 AM
  **At local FedEx facility**
  MASPETH, NY

- 7:59 AM
  **At local FedEx facility**
  MASPETH, NY

- 10:00 AM
  **Delivery exception**
  Business closed - No delivery attempt
  MASPETH, NY

- 12:24 PM
  **Delivery updated**
  MASPETH, NY

- 9:48 PM
  **At local FedEx facility**
  MASPETH, NY

Saturday, 11/30/24

- 11:10 AM
  **At local FedEx facility**
  MASPETH, NY



- 8:06 AM
**At local FedEx facility**
MASPETH, NY

- 6:48 AM
**At local FedEx facility**
MASPETH, NY

- 6:49 AM
**Delivery updated**
MASPETH, NY

- 8:06 AM
**At local FedEx facility**
MASPETH, NY

- 10:00 AM
**Delivery exception**
Business closed - No delivery attempt
MASPETH, NY

- 2:26 PM
**Delivery updated**
MASPETH, NY

↑ Back to to

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

  United States

**FOLLOW FEDEX**       

© FedEx 1995-2024

Site Map  |  Terms of Use  |  Privacy & Security  |  Ad Choices