IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

Dongguan Cheng One Co., Ltd., Plaintiff,

    -against-

Desen Inc., Defendant

-------------------------------------------------------------------x

Civil Action No.: 1:24-cv-03388

**Declaration of Service**

    I, Antonio Caquias, state under penalty of perjury, pursuant to 28 USC 1746, as follows:

1.    I am a paralegal with the law firm Mazzola Lindstrom, LLP, counsel for plaintiff Dongguan Cheng One Co Ltd.

2.    I submit this declaration to confirm that I personally mailed the accompanying Amended Order to Show Cause for Default Judgement and supporting documents on December 18, 2024, via both Regular Mail with the United States Postal Service and via FedEx Overnight delivery, which was expected to be delivered by December 19, 2024. A copy of the Amended Order to Show Cause for Default Judgement and the accompanying documents was sent to Desen Inc. at 1407 Broadway, Suite 3412, New York, NY 10018, and 99-03 43rd Avenue, Corona, NY 11368, as per the court's directive. The tracking number for these deliveries is 770887140955 and 770887194500. The documents were successfully delivered to Desen Inc. at 99-03 43rd Avenue, Corona, NY 11368. However, the delivery to 1407 Broadway, Suite 3412, New York, NY 10018 was unsuccessful due to the reason 'incorrect address, recipient moved.' As per FedEx tracking, the package is being returned to the sender.

Dated: New York, New York
       December 23, 2024

                                          Antonio Caquias, Paralegal
                                          Mazzola Lindstrom LLP
                                          1350 Avenue of the Americas,
                                          2nd Floor
                                          New York, New York 10019





FedEx® Tracking



**DELIVERED**

# Thursday
12/19/24 at 10:15 AM

Signed for by: Signature not required



How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**

Delivered 



Report missing package

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**

770887140955

**FROM**
NEW YORK, NY US

*Label Created*
12/18/24 2:33 PM



**ON THE WAY**
MASPETH, NY
12/19/24 8:14 AM

**OUT FOR DELIVERY**
MASPETH, NY
12/19/24 9:22 AM

**DELIVERED**
CORONA, NY US

*Delivered*
12/19/24 at 10:15 AM

[View travel history](#)

## Shipment facts

### Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 770887140955 |
| **DELIVERED TO** | Residence |
| **SHIP DATE** | 12/18/24 |
| **STANDARD TRANSIT** | 12/19/24 before 1:30 PM |
| **DELIVERED** | 12/19/24 at 10:15 AM |

### Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Third Party |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Residential Delivery, No Signature Required |

### Package details

| | |
|---|---|
| **WEIGHT** | 2 lbs / 0.91 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 2 lbs / 0.91 kgs |



↑ Back to to

## Travel history

**SORT BY DATE/TIME**

Ascending ⌄

**Time zone**

Local Scan Time ⌄

**Wednesday, 12/18/24**

- 3:33 PM
  **Picked up**
  NEW YORK, NY

- 2:33 PM
  **Shipment information sent to FedEx**

- 7:53 PM
  **Picked up**
  NEW YORK, NY

- 8:57 PM
  **Shipment arriving On-Time**
  NEW YORK, NY

- 10:47 PM
  **Left FedEx origin facility**
  NEW YORK, NY

- 11:37 PM
  **Arrived at FedEx hub**
  NEWARK, NJ



- 4:08 AM
  **Departed FedEx hub**
  NEWARK, NJ

- 5:14 AM
  **At destination sort facility**
  JAMAICA, NY

- 8:14 AM
  **At local FedEx facility**
  MASPETH, NY

- 8:14 AM
  **At local FedEx facility**
  MASPETH, NY

- 9:22 AM
  **On FedEx vehicle for delivery**
  MASPETH, NY

- 10:15 AM
  **Delivered**
  CORONA, NY

 Back to top

**Select a tab***

All (1)

## OUR COMPANY

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

## MORE FROM FEDEX

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

## LANGUAGE

 United States

**FOLLOW FEDEX**      

© FedEx 1995-2024

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices





FedEx® Tracking



**SCHEDULED DELIVERY DATE**

# Today
Before 12:00 PM

**DELIVERY STATUS**
Delivery exception 

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

GET UPDATES

**MORE OPTIONS**

**TRACKING ID**
770887194500

**FROM**
NEW YORK, NY US

*Label Created*
12/18/24 2:33 PM

**WE HAVE YOUR PACKAGE**
NEW YORK, NY
12/18/24 7:53 PM

**DELIVERY EXCEPTION**
NEW YORK, NY
12/19/24 1:10 PM

**OUT FOR DELIVERY**
NEW YORK, NY
12/19/24 9:42 AM

**TO**
NEW YORK, NY US

*Scheduled Delivery Date*
Today
Before 12:00 PM



## Alerts (1)

⚠️ Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

---

## Shipment facts

### 📦 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 770887194500 |
| **SHIP DATE** ? | 12/18/24 |
| **STANDARD TRANSIT** ? | 12/19/24 before 12:00 PM |
| **SCHEDULED DELIVERY DATE** | 12/20/24 before 12:00 PM |

### 🚚 Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Third Party |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, No Signature Required |

### Package details

| | |
|---|---|
| **WEIGHT** | 2 lbs / 0.91 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 2 lbs / 0.91 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to to

## Travel history

**SORT BY DATE/TIME**

Ascending ⌄

**Time zone**





**Wednesday, 12/18/24**

- 3:33 PM
  **Picked up**
  NEW YORK, NY

- 2:33 PM
  **Shipment information sent to FedEx**

- 3:34 PM
  **Shipment arriving On-Time**
  NEW YORK, NY

- 7:53 PM
  **Picked up**
  NEW YORK, NY

- 10:47 PM
  **Left FedEx origin facility**
  NEW YORK, NY

- 11:37 PM
  **Arrived at FedEx hub**
  NEWARK, NJ

**Thursday, 12/19/24**

- 8:34 AM
  **At local FedEx facility**
  NEW YORK, NY

- 9:42 AM
  **On FedEx vehicle for delivery**
  NEW YORK, NY

- 11:08 AM
  **Delivery exception**
  Incorrect address - Recipient moved
  NEW YORK, NY

- 11:09 AM
  **Delivery updated**
  NEW YORK, NY

- ⊘ 1:10 PM
  **Returning package to shipper**
  Return tracking number  [770913145086](#)
  NEW YORK, NY

↑ Back to top 

**Select a tab***

All (1) ▾

**OUR COMPANY**
About FedEx
Our Portfolio



FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2024

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices