## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:24-CV-03388-ER                                Date Filed: _____

Plaintiff:
**DONGGUAN CHENG O NE CO., LTD.,**

vs.

Defendant:
**DESEN INC.,**

For:
MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Received by Direct Process Server LLC on the 18th day of December, 2024 at 1:08 pm to be served on **DESEN INC., 99 WASHINGTON AVENUE, C/O SECRETARY OF STATE, ALBANY, NY 12231**

I, Edward Bowmaker, do hereby affirm that on the **18th day of December, 2024 at 2:20 pm, I:**

served the **SECRETARY OF STATE** by delivering two true copy of the **AMENDED ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **SUE ZOUKY** at **99 WASHINGTON AVENUE, C/O SECRETARY OF STATE, ALBANY, NY 12231**, as the designated agent for the New York Secretary of State to accept service of process on behalf of **DESEN INC..** An administrative fee of $40.00 was also tendered.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 120, Hair: BROWN, Glasses: N

I ,Edward Bowmaker affirm on the date endorsed below, under penalties of perjury under the laws of New York ,which may include fine or imprisonment , that the foregoing is true and I understand that this document may be filed in action or proceeding in a court of law.

Edward Bowmaker
Process Server

12/18/2024
Date

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2024002386

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

