IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Dongguan Cheng One Co., Ltd., Plaintiff,　　　　　Civil Action No.: 1:24-cv-03388

　　　　-against-

　　　　　　　　　　　　　　　　　　　　　　　　**Declaration of Service**

Desen Inc., Defendant
-----------------------------------------------------------------x

　　　　I, Antonio Caquias, state under penalty of perjury, pursuant to 28 USC 1746, as follows:

　　　1.　　I am a paralegal with the law firm Mazzola Lindstrom, LLP, counsel for plaintiff Dongguan Cheng One Co Ltd.

　　　2.　　I submit this declaration to confirm that I personally mailed the accompanying Notice of Default Judgment on January 24, 2025, via both Regular Mail and Certified Mail through the United States Postal Service. The Notice was sent to Desen Inc. at two addresses: 1407 Broadway, Suite 3412, New York, NY 10018, and 99-03 43rd Avenue, Corona, NY 11368. The tracking numbers for these deliveries are 9589071052701443009459 (for the 43rd Avenue address) and 9589071052701443009442 (for the Broadway address). The delivery to the 99-03 43rd Avenue address has been held at the post office and is being returned to sender due to the absence of an authorized recipient, while the delivery to 1407 Broadway, Suite 3412, New York, NY 10018, has been successfully delivered.Dated: New York, New York

　　　　February 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　Antonio Caquias, Paralegal
　　　　　　　　　　　　　　　　　　　　　　　　Mazzola Lindstrom LLP
　　　　　　　　　　　　　　　　　　　　　　　　1350 Avenue of the Americas,
　　　　　　　　　　　　　　　　　　　　　　　　2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701443009459

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:29 pm on January 31, 2025 in NEW YORK, NY 10018.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

NEW YORK, NY 10018
January 31, 2025, 12:29 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback

Track Another Package

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701443009442

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item departed our USPS facility in HARTFORD CT DISTRIBUTION CENTER on February 26, 2025 at 11:08 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network

**Departed USPS Regional Facility**

HARTFORD CT DISTRIBUTION CENTER
February 26, 2025, 11:08 pm

**Arrived at USPS Regional Facility**

HARTFORD CT DISTRIBUTION CENTER
February 26, 2025, 2:17 pm

**Unclaimed/Being Returned to Sender**

CORONA, NY 11368
February 15, 2025, 3:45 pm

**Reminder to Schedule Redelivery of your item**

February 1, 2025

**Held at Post Office, At Customer Request**

CORONA, NY 11368
January 28, 2025, 10:39 am

**Notice Left (No Authorized Recipient Available)**

Feedback

CORONA, NY 11368
January 27, 2025, 1:19 pm

**In Transit to Next Facility**
January 26, 2025

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
January 24, 2025, 10:05 pm

**USPS in possession of item**
NEW YORK, NY 10020
January 24, 2025, 3:24 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs