IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| **DONGGUAN CHENG ONE CO., LTD.,** | Civil Action No. |
| Plaintiff, | 1:24-cv-03388 |
| -against- | **DECLARATION OF FEI XU** |
| **DESEN INC.,** | |
| Defendant. | |

------------------------------------------------------------------------X

**STATE OF NEW YORK:**   }
              **SS:**   }
**COUNTY OF QUEENS:**   }

I, Fei Xu, declare the following to be true under the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I reside at 99-03 43rd Avenue, Corona, New York 11368 with my spouse, Mrs. Yangyang Wu.

2. There is no mail receptacle. Instead, the mailman drops off mail by hand in the vestibule on the ground floor, in between the two entrance doors.

3. My spouse and I are the only ones who collect the mail.

4. The attorney for Desen, Inc., Aleksander B. Milch, Esq., has shown me a copy of the summons and complaint, and I attest that I have never seen it before now.

5. Because there is no mail receptacle associated with the premises at 99-03 43rd Avenue, Corona, New York 11368, there have, on occasion, been instances of theft, or other difficulties with delivery and retrieval of mail.

**WHEREFORE**, defendant, **DESEN INC.**, respectfully requests that this Court vacate the judgment, reopen the proceedings of the instant action, allow defendant to file an answer, and grant such other and further relief as to this Court shall seem just, equitable, and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2025.

                                                                     _____
                                                                     **FEI XU**

**WHEREFORE**, defendant, **DESEN INC.**, respectfully requests that this Court vacate the judgment, reopen the proceedings of the instant action, allow defendant to file an answer, and grant such other and further relief as to this Court shall seem just, equitable, and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2025.

FEI XU