# **EXHIBIT D**

An official website of New York State.
Here's how you know ∨



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

### Entity Details

**ENTITY NAME:** DESEN INC.
**DOS ID:** 5073960
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 01/25/2017
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/25/2017
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:** 01/31/2019
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

### ENTITY DISPLAY

### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

   **Name:**  DESEN INC.

   **Address:**  99-03 43RD AVENUE, CORONA, NY, UNITED STATES, 11368

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

   **Name:**

   **Address:**

### Principal Executive Office Address

   **Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

AgenciesApp DirectoryCountiesEventsProgramsServices