**<u>EXHIBIT E</u>**

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

| Factory: | CHENGYI MAOZHI | | | PO # | DSNB-CY2010 |
| Address: | 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, | | | Order Date: | 11/10/2021 |
| | DALANG TOWN, DONGGUAN CITY, | | | X-FACTORY: | 12/20/2021 |
| | GUANGDONG PROVINCE | | | | |
| | | | | Payment terms: | |

Ship to LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| | STYLE NO. | STYLE DESCRIPTION | COLOR | S | M | L | XL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | | |
| | SWT1035 | Long cardigan | Black | 500 | 1000 | 1000 | 500 | 3000 | $4.60 | $13,800.00 |
| | SWT1035 | Long cardigan | Lt. heather gray | 333 | 667 | 667 | 333 | 2000 | $4.60 | $9,200.00 |
| | SWT1035 | Long cardigan | Blush | 183 | 367 | 367 | 183 | 1100 | $4.60 | $5,060.00 |
| | SWT1035 | Long cardigan | Oatmeal | 120 | 240 | 240 | 120 | 720 | $4.60 | $3,312.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | SWT1034 | Long cardigan | Black | 500 | 1000 | 1000 | 500 | 3000 | $4.60 | $13,800.00 |
| | SWT1034 | Long cardigan | Lt. Heather gray | 333 | 667 | 667 | 333 | 2000 | $4.60 | $9,200.00 |
| | SWT1034 | Long cardigan | Blush | 330 | 660 | 660 | 330 | 1980 | $4.60 | $9,108.00 |
| | SWT1034 | Long cardigan | Oatmeal | 300 | 600 | 600 | 300 | 1800 | $4.60 | $8,280.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | 21006 | Long Cardigan | Black | 500 | 1000 | 1000 | 500 | 3000 | $4.60 | $13,800.00 |
| | 21006 | Long Cardigan | Lt. Heather gray | 300 | 600 | 600 | 300 | 1800 | $4.60 | $8,280.00 |
| | 21006 | Long Cardigan | Blush | 200 | 400 | 400 | 200 | 1200 | $4.60 | $5,520.00 |
| | 21006 | Long Cardigan | Oatmeal | 283 | 567 | 567 | 283 | 1700 | $4.60 | $7,820.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | **TOTAL** | 23300 | | $ 107,180.00 |

LABEL: SAMANTHA ERIN
Price Ticket: YES
MSRP (long cardigan) $59.00

Size Ratio: S:M:L:XL =1:2:2:1
Pre-Pacak: 48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be changed
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | | PRICE STICKER |
|---|---|---|
| From: Desen Inc. | Side Carton Markings: | |
| Label: | Carton Size: | STYLE: |
| PO # | Carton Weight: | COLOR: |
| Style # | Carton Number: XXX of XXX | SIZE: |
| Color: | MADE IN CHINA | MSRP: |
| Size ratio: | | |
| Total Units: | | |

CY的30原请加大码

鞋去 原 CY2005 订单 . (同 CY2009 款衣一样

**DESEN INC.**

1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

Ship to LA

PO # WMI-CY2002C
Order Date: 10/4/2021
Ex-Factory 12/15/2021

Payment terms:

CONTENT: 100% COTTON

| | STYLE NO. | CUT NO | FOB COST | SIZES: | | | | | | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SIZES: | S | M | L | XL | XXL | | |
| | | | | RATIO: | | | | | | | |
| | VIS122300 | V15441B | $  4.50 | | 69 | 167 | 200 | 133 | 33 | 602 | $         2,709.00 |
| | VIS122301 | V15440B | $  4.50 | | 69 | 167 | 200 | 133 | 33 | 602 | $         2,709.00 |
| | VIS122302 | V15439B | $  4.50 | | 69 | 167 | 200 | 133 | 33 | 602 | $         2,709.00 |
| | VIS122303 | V15438B | $  4.50 | | 69 | 167 | 200 | 133 | 33 | 602 | $         2,709.00 |
| | | | | | | | | | | | |
| | | | | | 276 | 668 | 800 | 532 | 132 | 2408 | $        10,836.00 |

NOTE:

* REMARKS/COMMENT:

| | ACCESSORY | DESCRIPTION | QTY/UNIT | SUP'D BY |
|---|---|---|---|---|
| 1 | MAIN LABEL | VSTR | 1/PC | |
| 2 | CARE LABEL | WHITE SATIN BLACK LETTERING | 1/PC | |
| 3 | BUTTON -1 | | | |
| 4 | BUTTON -2 | | | |
| 5 | ZIPPER | | | |
| 6 | HANGER | | | |
| 7 | HANGTAG | VSTR | 1/PC | |
| 8 | POLY BAG | YES | 1/PC | |
| 9 | POLY BAG STICKER | W /Sty #, Cut #, Color & Size | 1/PC | |
| 10 | PRICE TICKET | NO | 1/PC | |
| 11 | SIZE STRIPE | NO | 1/PC | |
| 12 | MSRP clear sticker w/style#, color | $89.99 | | |
| 13 | | | | |

NOTE (1):    NEED 2 PCS PP SAMPLES IN SIZE M on 10/15
NOTE (2):    NEED 1PC/PER COLOR, IN DIFFERENT SIZE TOP SAMPLE SUBMITTED  PRIOR TO SHPT

VIS122300 &VIS122301 back should be plain, no floral pattern
VIS122302 & VIS122303 as picture.

PACKING:
☑    1PC/POLYBAG            ☐    WITH HANGER
☐    1SET/POLYBAG           ☑    WITHOUT HANGER

PCS/INNER PACK              PCS/EXPORT CARTON
☐  ASSORTED SIZE            ☐ SSORTED SIZE
☑  SOLID SIZE               ☐ OLID SIZE
☐  ASSORTED COLOR           ☐ SSORTED COLOR
☑  SOLID COLOR              ☐ OLID COLOR

* EACH STYLE NEED 2PCS APPROVAL SAMPLE EXPRESS TO W.M.I BEFORE PRODUCTION.
* EACH STYLE NEED 1PC/PER COLOR, IN DIFFERENT SIZE SHIPPING SAMPLE AT 1ST PRODUCTION OUT-PUT

## DESEN INC.
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

Ship to LA

PO # WMI-CY2002B
Order Date: 10/4/2021
Ex-Factory 12/15/2021

Payment terms:

CONTENT: 100% COTTON

| | STYLE NO. | CUT NO | Tilly order # | FOB COST | SIZES: | S | M | L | XL | XXL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATIO: | | | | | | | |
| | VIS122300 | V15441 | 926838A | 45 | | 139 | 259 | 296 | 157 | 74 | 925 | $ 4162.5 |
| | VIS122301 | V15440 | 926846A | | | 139 | 259 | 296 | 157 | 74 | 925 | |
| | VIS122302 | V15439 | 926848A | | | 139 | 259 | 296 | 157 | 74 | 925 | |
| | VIS122303 | V15438 | 926850A | | | 139 | 259 | 296 | 157 | 74 | 925 | |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | 556 | 1036 | 1184 | 628 | 296 | 3700 | $ 16650. - |

NOTE:      FLAMMABILITY TEST REPORT SHOULD BE ISSUED BY THE THIRD PARTY, LABORATORY SUCH AS SGS, STR,
INTERTEK, ETC MUST NEED BEFORE SHIPMENT (REQUIRED BY US CUSTOM)

* REMARKS/COMMENT/

| | ACCESSORY | DESCRIPTION | QTY/UNIT | SUP'D BY |
|---|---|---|---|---|
| 1 | MAIN LABEL | VSTR | 1/PC | |
| 2 | CARE LABEL | WHITE SATIN BLACK LETTERING | 1/PC | |
| 3 | BUTTON -1 | | | |
| 4 | BUTTON -2 | | | |
| 5 | ZIPPER | | | |
| 6 | HANGER | | | |
| 7 | HANGTAG | VSTR | 1/PC | |
| 8 | POLY BAG | YES | 1/PC | |
| 9 | POLY BAG STICKER | W /Sty #, Cut #, Color & Size | 1/PC | |
| 10 | PRICE TICKET | NO | 1/PC | |
| 11 | SIZE STRIPE | NO | 1/PC | |
| 12 | MSRP | | | |
| 13 | UPC STICKER | YES | | |

NOTE (1):   NEED 2 PCS PP SAMPLES IN SIZE M on 10/15
NOTE (2):   NEED 1PC/PER COLOR, IN DIFFERENT SIZE TOP SAMPLE SUBMITTED PRIOR TO SHPT

PACKING:
☑ 1PC/POLYBAG          ☐      WITH HANGER
☐ 1SET/POLYBAG         ☑      WITHOUT HANGER

PCS/INNER PACK       24    PCS/EXPORT CARTON
☐ ASSORTED SIZE        ☐      ASSORTED SIZE
☑ SOLID SIZE           ☑      SOLID SIZE
☐ ASSORTED COLOR       ☐      ASSORTED COLOR
☑ SOLID COLOR          ☑      SOLID COLOR

* EACH STYLE NEED 2PCS APPROVAL SAMPLE EXPRESS TO W.MJ BEFORE PRODUCTION.
* EACH STYLE NEED 1PC/PER COLOR, IN DIFFERENT SIZE SHIPPING SAMPLE AT 1ST PRODUCTION OUT-PUT



FOB $4.50

**DESEN INC.**

1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

**Factory:** CHENGYI MAOZHI
**Address:** 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE
**Ship to** LA

**PO #** WMI-CY2002A
**Order Date:** 10/4/2021
**Ex-Factory** 12/15/2021

**Payment terms:**

CONTENT: 100% COTTON

| | STYLE NO. | CUT NO | Tilly.com order # | FOB COST | SIZES: | S | M | L | XL | XXL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SIZES: | | | | | | | |
| | | | | | RATIO: | | | | | | | |
| | VIS122300 | V15441A | 926838B | 4.5 | | 11 | 21 | 24 | 13 | 6 | 75 | $ 337.5 - |
| | VIS122301 | V15440A | 926846B | | | 11 | 21 | 24 | 13 | 6 | 75 | |
| | VIS122302 | V15439A | 926848B | | | 11 | 21 | 24 | 13 | 6 | 75 | |
| | VIS122303 | V15438A | 926850B | | | 11 | 21 | 24 | 13 | 6 | 75 | |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | 44 | 84 | 96 | 52 | 24 | 300 | $ 1350 - |

**NOTE:** FLAMMABILITY TEST REPORT SHOULD BE ISSUED BY THE THIRD PARTY, LABORATORY SUCH AS SGS, STR, INTERTEK, ETC MUST NEED BEFORE SHIPMENT (REQUIRED BY US CUSTOM)

* REMARKS/COMMENT:

| | ACCESSORY | DESCRIPTION | QTY/UNIT | SUP'D BY |
|---|---|---|---|---|
| 1 | MAIN LABEL | VSTR | 1/PC | |
| 2 | CARE LABEL | WHITE SATIN BLACK LETTERING | 1/PC | |
| 3 | BUTTON -1 | | | |
| 4 | BUTTON -2 | | | |
| 5 | ZIPPER | | | |
| 6 | HANGER | | | |
| 7 | HANGTAG | VSTR | 1/PC | |
| 8 | POLY BAG | YES | 1/PC | |
| 9 | POLY BAG STICKER | W /Sty #, Cut #, Color & Size | 1/PC | |
| 10 | PRICE TICKET | NO | 1/PC | |
| 11 | SIZE STRIPE | NO | 1/PC | |
| 12 | MSRP | | | |
| 13 | UPC STICKER | YES | | |

**NOTE (1):** NEED 2 PCS PP SAMPLES IN SIZE M on 10/15
**NOTE (2):** NEED 1PC/PER COLOR, IN DIFFERENT SIZE TOP SAMPLE SUBMITTED PRIOR TO SHPT

**PACKING:**
☑ 1PC/POLYBAG ☐ WITH HANGER
☐ 1SET/POLYBAG ☑ WITHOUT HANGER

PCS/INNER PACK  24  PCS/EXPORT CARTON
☐ ASSORTED SIZE ☐ ASSORTED SIZE
☑ SOLID SIZE ☑ SOLID SIZE
☐ ASSORTED COLOR ☐ ASSORTED COLOR
☑ SOLID COLOR ☑ SOLID COLOR

* EACH STYLE NEED 2PCS APPROVAL SAMPLE EXPRESS TO W.M.I BEFORE PRODUCTION.
* EACH STYLE NEED 1PC/PER COLOR, IN DIFFERENT SIZE SHIPPING SAMPLE AT 1ST PRODUCTION OUT-PUT

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

PO # DSNB-CY2009
Order Date: 10/22/2021
X-FACTORY: 10/22/2021
Payment terms:

Ship to LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| | STYLE NO. | STYLE DESCRIPTION | COLOR | S | M | L | XL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | | |
| | SWT1035 | Long cardigan | Black | 500 | 1000 | 1000 | 500 | 3000 | | $0.00 |
| | SWT1035 | Long cardigan | Lt. heather gray | 267 | 533 | 533 | 267 | 1600 | | $0.00 |
| | SWT1035 | Long cardigan | Navy | 167 | 333 | 333 | 167 | 1000 | | $0.00 |
| | | | | | | | | | | |
| | SWT1034 | Long cardigan | Black | 500 | 1000 | 1000 | 500 | 3000 | | $0.00 |
| | SWT1034 | Long cardigan | Lt. Heather gray | 267 | 533 | 533 | 267 | 1600 | | $0.00 |
| | SWT1034 | Long cardigan | Blush | 233 | 467 | 467 | 233 | 1400 | | $0.00 |
| | SWT1034 | Long cardigan | White | 233 | 467 | 467 | 233 | 1400 | | $0.00 |
| | SWT1034 | Long cardigan | Oatmeal | 233 | 467 | 467 | 233 | 1400 | | $0.00 |
| | SWT1034 | Long cardigan | Navy | 500 | 1000 | 1000 | 500 | 3000 | | $0.00 |
| | | | | | | | | | | |
| | 21006 | Long Cardigan | Black | 500 | 1000 | 1000 | 500 | 3000 | | $0.00 |
| | 21006 | Long Cardigan | Lt. Heather gray | 267 | 533 | 533 | 267 | 1600 | | $0.00 |
| | 21006 | Long Cardigan | Blush | 167 | 333 | 333 | 167 | 1000 | | $0.00 |
| | 21006 | Long Cardigan | Oatmeal | 233 | 467 | 467 | 233 | 1400 | | $0.00 |
| | 21006 | Long Cardigan | Navy | 167 | 333 | 333 | 167 | 1000 | | $0.00 |
| | | | | | | | TOTAL | 25400 | | $ - |

LABEL: SAMANTHA ERIN
Price Ticket: YES
MSRP: $59.00

$ 116,840

Size Ratio: S:M:L:XL =1:2:2:1
Pre-Pacak: 48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | Side Carton Markings: | PRICE STICKER |
|---|---|---|
| From: Desen Inc. | Carton Size: | STYLE: |
| Label: | Carton Weight: | COLOR: |
| PO # | Carton Number: XXX of XXX | SIZE: |
| Style # | MADE IN CHINA | MSRP: |
| Color: | | |
| Size ratio: | | |
| Total Units: | | |

Laura Email confirmed

确认给 Laura 01/15刘发

5

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Ross

Factory: CHENGYI MAOZHII
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

Ship to LA

| PO # | DSNR CY2007 |
|---|---|
| Order Date: | 10/22/2021 |
| X-FACTORY: | 12/20/2021 |
| Delivery in LA | |
| Payment terms: | |

GAUGE: 12GG
CONTENT: 70% POLYESTER 30% NYLON

| | STYLE NO. | STYLE DESCRIPTION | Label | COLOR | PXS | PS | PM | PL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2 | 2 | 1 | 1 | | | |
| | DW1186P | CHERRON BACK OPEN COZY | Emerson Zoe | Black | 1200 | 1200 | 600 | 600 | 3600 | | $ - |
| | DW1186P | CHERRON BACK OPEN COZY | Emerson Zoe | Coral #335 | 600 | 600 | 300 | 300 | 1800 | | $ - |
| | DW1186P | CHERRON BACK OPEN COZY | Emerson Zoe | Coral #90 | 600 | 600 | 300 | 300 | 1800 | $16.45 | $ - |
| | DW1186P | CHERRON BACK OPEN COZY | Emerson Zoe | state blue | 600 | 600 | 300 | 300 | 1800 | | $ - |
| | DW1186P | CHERRON BACK OPEN COZY | Emerson Zoe | Oat (same as Camel) | 600 | 600 | 300 | 300 | 1800 | | $ - |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | SWT1034P | LS CHEVRON BACK CARDIGAN | Emerson Zoe | Black | 2000 | 2000 | 1000 | 1000 | 6000 | | $ - |
| | SWT1034P | LS CHEVRON BACK CARDIGAN | Emerson Zoe | Navy | 800 | 800 | 400 | 400 | 2400 | | $ - |
| | SWT1034P | LS CHEVRON BACK CARDIGAN | Emerson Zoe | Oat (same as Camel) | 600 | 600 | 300 | 300 | 1800 | $16.45 | $ - |
| | SWT1034P | LS CHEVRON BACK CARDIGAN | Emerson Zoe | Ivory | 400 | 400 | 200 | 200 | 1200 | | $ - |
| | SWT1034P | LS CHEVRON BACK CARDIGAN | Emerson Zoe | Dusty Purple #252 | 400 | 400 | 200 | 200 | 1200 | | $ - |
| | SWT1034P | LS CHEVRON BACK CARDIGAN | Emerson Zoe | Dusty Teal #231 | 400 | 400 | 200 | 200 | 1200 | | $ - |
| | | | | | | | | | | | |
| | SWT0719P | LS FULL BUTTON DUSTER | Emerson Zoe | BLACK | 800 | 800 | 400 | 400 | 2400 | $16.45 | $ - |
| | | | | | | | | | | | |
| | DW1151P | LS STRIPE CARDIGAN | Ella Chloe | Black/White | 1200 | 1200 | 600 | 600 | 3600 | $14.15 | $ - |
| | DW1151P | LS STRIPE CARDIGAN | Ella Chloe | White/Taupe | 600 | 600 | 300 | 300 | 1800 | | $ - |
| | | | | | | | | | | | |
| | SWT1035P | LS 2 POCKET DUSTER | Ella Chloe | Black | 2000 | 2000 | 1000 | 1000 | 6000 | $14.45 | $ - |
| | SWT1035P | LS 2 POCKET DUSTER | Ella Chloe | Champagne #106 | 400 | 400 | 200 | 200 | 1200 | | $ - |
| | | | | | | | | | | | |
| | Total | | | | | | | | 39600 | | $ - |

LABEL: Emerson Zoe.
Price Ticket: YES
MSRP: $59.99
Petite Tag: YES
Size Ratio: PXS: PS:PM:PL=2:2:1:1
Pre-Pack: 48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking (as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

$176,220.

Notes:
DW1186P button choice
Black          btn as is
Coral #335     pearl btn
Coral #90      floral btn
slate blue     pearl btn
Oat            btn as is

SWT0719P subject to sample approval

DW1186P button choice
Pearl button:
Floral button:

| Main Carton Markings: | Side Carton Markings: |
|---|---|
| From: Desen Inc. | Carton Size: |
| Label | Carton Weight: |
| PO # | Carton Number: XXX of XXX |
| Style # | MADE IN CHINA |
| Color: | |
| Size ratio: | |
| Total Units: | |

6

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL.917-526-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLIANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

PO #
Order Date: 10/14/2021
X-FACTORY: 12/15/2021
Delivery in LA
Payment terms:

DSNB-CY2006A

Ship to  LA

*Bulk/cotton shippee 01/22-01/28*

GAUGE: 12GG
CONTENT: 70% POLYESTER 30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | PS | PM | PL | PXL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 2 | 1 | | | |
| Ella & Emma | | | | | | | | | |
| DW1188P | CHERRON BACK OPEN COZY | HTHR GREY | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DW1188P | CHERRON BACK OPEN COZY | BLUSH (643) | 400 | 800 | 800 | 400 | 2400 | $ 4.25 | $ 10,200.00 |
| DW1258P | WST LGNTH EMB OPEN COZY | IVORY | 200 | 400 | 400 | 200 | 1200 | $ 3.50 | $ 4,200.00 |
| DW1258P | WST LGNTH EMB OPEN COZY | BLACK | 500 | 1000 | 1000 | 500 | 3000 | $ 3.50 | $ 10,500.00 |
| Total | | | | | | | 7800 | | $ 30,000.00 |

**LABEL:** Ella & Emma
Price Ticket: YES
MSRP fro long cardigan: $59.00
MSRP fro short cardigan: $49.00

**Size Ratio:** PS:PM:PL:PXL=1:2:2:1
**Pre-Pack:** 48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

**Individual Polybag Requirements:** Each individual polybag printed with warning text
**Master Polybag Requirement:** with a 3"X 2" sticker, listing information: style #, color way, size breakdown
**Carton Marking:**(as below)
**TOP Samples:** 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
**Overshlp/Shortshlp:** 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
**Remark:** All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd Inspection

**Main Carton Markings:**
From: Desen Inc.
Label:
PO #
Style #
Size ratio:
Color:
Total Units:

**Side Carton Markings:**
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

7

**DEBEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL.917.628.0772

Factory: CHENGYI MAOZHI
Address: 4B XINYUAN 2ND ROAD, BONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

PO #: D8N8-CY20068
Order Date: 10/14/2021
X-FACTORY: 12/25/2021
Delivery In LA
Payment terms:

Ship to LA

GAUGE 12DG
CONTENT: 70% POLYESTER 30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | PS | PM | PL | PXL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DWT10BP | CHERRON BACK OPEN COZY | BUTTER YELLOW (340) | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DWT10BP | CHERRON BACK OPEN COZY | OATMEAL (784) | 400 | 800 | 800 | 400 | 2400 | $ 4.25 | $ 10,200.00 |
| DWT10BP | CHERRON BACK OPEN COZY | BLACK | 600 | 1000 | 1000 | 500 | 3000 | $ 4.25 | $ 12,750.00 |
| | | Pasichex | | | | | 1300 | | |
| | | Oatmeal | | | | | | | |
| Total | | | | | | | 8800 | | $ 28,050.00 |

LABEL: Ella & Emma
Price Ticket: YES
MSRP Pro long cardigan: $59.90
MSRP Pro short cardigan: $49.90
Size Ratio: PS/PM/PL/PXL/4:12:21
Pre-Pack: 4B pcs/ctn-- 8 Prepack per Carton. 6 pcs Prepack
Each prepack must be in a master polybag
1 style. 1 color. 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirements: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(As below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Deben Inc" nominated QC inspector prior to shipment.
Factory will be responsible for the cost of any 2nd inspection

Main Carton Markings:
From: Deben Inc.
Label:
PO #
Style #
Color:
Size ratio:
Total Units:

Side Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

**DESEN INC.**
1407 BROADWAY SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
Address: DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

Ship to LA

PO # : DSN2-CY2006C
Order Date: 10/14/2021
X-FACTORY: 1/30/2022
Delivery in LA :
Payment terms :

Burlington 07/12 – 07/18

GAUGE: 12GG
CONTENT: 70% POLYESTER 30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | PS | PM | PL | PXL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 2 | 1 | | | |
| DW1186P | CHERRON BACK OPEN COZY | CORAL (812) | 400 | 800 | 800 | 400 | 2400 | $ 4.25 | $ 10,200.00 |
| DW1186P | CHERRON BACK OPEN COZY | IVORY | 400 | 800 | 800 | 400 | 2400 | $ 4.25 | $ 10,200.00 |
| DW1186P | CHERRON BACK OPEN COZY | TAUPE (730) | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| DW1256P | WST LGNTH EMB OPEN COZY | BLUSH (843) | 400 | 800 | 800 | 400 | 2400 | $ 3.50 | $ 8,400.00 |
| DW1256P | WST LGNTH EMB OPEN COZY | NAVY | 200 | 400 | 400 | 200 | 1200 | $ 3.50 | $ 4,200.00 |
| DW1256P | WST LGNTH EMB OPEN COZY | COBALT BLUE (676) | 200 | 400 | 400 | 200 | 1200 | $ 3.50 | $ 4,200.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Total | | | | | | | 10800 | | $ 43,300.00 |

LABEL: Ella & Emma
Price Ticket: YES
MSRP fro long cardigan: $59.00
MSRP fro short cardigan: $49.00

Pre-Pack: PS:PM:PL:PXL=1:2:2:1
48 pcs/Ctn~ 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirements: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(list below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China data
Overship/Shortship: 3% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd Inspection

| Main Carton Markings: | Side Carton Markings: |
|---|---|
| From: Desen Inc. | Carton Size: |
| Label: | Carton Weight: |
| PO # | Carton Number: XXX of XXX |
| Style # | MADE IN CHINA |
| Size ratio: | |
| Total Units: | |
| Color: | |

9

**DESEN INC.**
1407 BROADWAY, SUITE 2412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGGANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

| Order Date: | PO # | ROS-CY2003A |
| X-FACTORY: | | 10/6/2021 |
| Delivery In LA | | 12/10/2021 |
| Payment terms: | | |

Ship to  LA

6/06/2011 customer meeting

GAUGE 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | S | M | L | XL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 2 | 1 | | | |
| DW1151 | Long cardigan | BLACK/WHITE STRIPE | 400 | 800 | 800 | 400 | 2400 | | $0.00 |
| DW1151 | Long cardigan | WHITE/BLACK STRIPE | 400 | 800 | 800 | 400 | 2400 | | $0.00 |
| | | | | | | | | | $26,800/ |
| DW1078 | button up cardigan | OATMEAL | 567 | 1134 | 1134 | 567 | 3402 | | $0.00 |
| DW1078 | button up cardigan | LT. HEATHER GRAY | 567 | 1134 | 1134 | 567 | 3402 | | |
| DW1078 | button up cardigan | PINK | 567 | 1134 | 1134 | 567 | 3402 | | $35,721/ |
| | | | | | | | | | |
| DW1076 | button up cardigan | PINK | 834 | 1668 | 1668 | 834 | 5004 | | $0.00 |
| DW1076 | button up cardigan | TRUE WHITE | 834 | 1668 | 1668 | 834 | 5004 | | $0.00 |
| | | | | | | | | | $35,028/ |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | Total | 25014 | | $0.00 |

LABEL:
Price Ticket: Emerson zoe
MSRP FOR LONG CARDIGAN: YES
MSRP FOR SHORT CARDIGAN: $59.99
$49.99

Size Ratio: S-M-L-XL=1:2:2:1
Pre-Pacak:

Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirements with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Markings(as below)
TOP Samples:  2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Oneship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

Main Carton Markings:
From: Desen Inc.
PO #
Style #
color :
Size ratio:
Total Units:

Side Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

STYLE:
COLOR:
SIZE:
MSRP:

PRICE STICKER

$421,349.

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-639-0772

| | |
|---|---|
| PO # | ROS-CV20038 |
| Order Date: | 10/6/2021 |
| X-FACTORY: | |
| Delivery in LA | 2/1/2021 |
| Payment terms: | |

**Factory:** CHENGYI MAOZHI
**Address:** 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

Ship to LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | S | M | L | XL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1078 | button up cardigan | OATMEAL | 567 | 1134 | 1134 | 567 | 3402 | | |
| DW1078 | button up cardigan | LT HEATHER GRAY | 567 | 1134 | 1134 | 567 | 3402 | | |
| DW1078 | button up cardigan | PINK | 567 | 1134 | 1134 | 567 | 3402 | | |
| DW1076 | button up cardigan | PINK | 834 | 1668 | 1668 | 834 | 5004 | | |
| DW1076 | button up cardigan | TRUE WHITE | 834 | 1668 | 1668 | 834 | 5004 | | |
| | | | | | | Total | 20214 | | $0.00 |
| | | | | | | | | | $0.00 |

**LABEL:** Emerson zoe
**Price Ticket:** YES
**MSRP FOR LONG CARDIGAN:** $59.99
**MSRP FOR SHORT CARDIGAN:** $49.99

**Size Ratio:** S:M:L:XL=1:2:2:1
**Pre-Pecak:**

**Individual Polybag Requirements:** Each individual polybag printed with warning text
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

**Master Polybag Requirement:** with a 3"x 2" sticker, listing information: style #, color way, size breakdown

**Carton Markings(as below)**

**TOP Samples:** 2 piece of each color in size M must be submitted 2 weeks prior to X-China date

**Individual Polybag Requirements:** Each individual polybag printed with warning text

**Overship/Shortship:** 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged

**Remark:** All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment.
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | Side Carton Markings: |
|---|---|
| From: Desen Inc | Carton Size: |
| PO # | Carton Weight: |
| Style # | Carton Number: XXX of XXX |
| color: | MADE IN CHINA |
| Size ratio: | |
| Total Units: | |

**PRICE STICKER**
STYLE:
COLOR:
SIZE:
MSRP:

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

PO #: DSNB-CY1130
Order Date: 10/22/2021
X-FACTORY: 12/20/2021

Payment terms:

Ship to LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | 1X | 2X | 3X | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | 3 | 2 | | | |
| 21002W | long cardigan | black | 500 | 1500 | 1000 | 3000 | $4.70 | $14,100.00 |
| 21002W | long cardigan | lt. heather grey | 166 | 498 | 332 | 996 | $4.70 | $4,681.20 |
| 21002W | long cardigan | blush | 83 | 249 | 166 | 498 | $4.70 | $2,340.60 |
| 21002W | long cardigan | tan | 83 | 249 | 166 | 498 | $4.70 | $2,340.60 |
| | | | | | | | | |
| 21005W | long cardigan | black | 500 | 1500 | 1000 | 3000 | $4.70 | $14,100.00 |
| 21005W | long cardigan | lt. heather grey | 166 | 498 | 332 | 996 | $4.70 | $4,681.20 |
| 21005W | long cardigan | blush | 83 | 249 | 166 | 498 | $4.70 | $2,340.60 |
| 21005W | long cardigan | tan | 83 | 249 | 166 | 498 | $4.70 | $2,340.60 |
| | | | | | | | | |
| 21006W | long cardigan | black | 500 | 1500 | 1000 | 3000 | $4.70 | $14,100.00 |
| 21006W | long cardigan | lt. heather grey | 166 | 498 | 332 | 996 | $4.70 | $4,681.20 |
| 21006W | long cardigan | blush | 83 | 249 | 166 | 498 | $4.70 | $2,340.60 |
| 21006W | long cardigan | tan | 83 | 249 | 166 | 498 | $4.70 | $2,340.60 |
| | | | | | | | | |
| SWT1066W | long cardigan | black | 1000 | 3000 | 2000 | 6000 | $4.70 | $28,200.00 |
| SWT1066W | long cardigan | lt. heather grey | 332 | 996 | 664 | 1992 | $4.70 | $9,362.40 |
| SWT1066W | long cardigan | blush | 166 | 498 | 332 | 996 | $4.70 | $4,681.20 |
| SWT1066W | long cardigan | tan | 166 | 498 | 332 | 996 | $4.70 | $4,681.20 |
| | | | | | | | | |
| SWT1067W | long cardigan | black | 1000 | 3000 | 2000 | 6000 | $4.70 | $28,200.00 |
| SWT1067W | long cardigan | lt. heather grey | 332 | 996 | 664 | 1992 | $4.70 | $9,362.40 |
| SWT1067W | long cardigan | blush | 166 | 498 | 332 | 996 | $4.70 | $4,681.20 |
| SWT1067W | long cardigan | tan | 166 | 498 | 332 | 996 | $4.70 | $4,681.20 |
| | | | | | | Total | 34944 | $164,236.80 |

LABEL: Rosalyna
Price Ticket: YES
MSRP: $59.99

$174,720

Size Ratio: 1X:2X:3X=1-3-2
Pre-Pacak: 36 pcs/ctn- 6 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

1#08 又取消.

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | Side Carton Markings: | |
|---|---|---|
| From: Desen Inc. | Carton Size: | |
| Label: | Carton Weight: | |
| PO # | Carton Number: XXX of XXX | |
| Style # | MADE IN CHINA | |
| Color: | | |
| Size ratio: | | |
| Total Units: | | |

Factory: CHURCH MASON
Address: 48 XINYUAN 2ND ROAD, JCHISONLANS VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

Ship to LA

**DESEN INC.**
1407 BROADWAY, SUITE 1412, NEW YORK NY 10018 TEL:917-539-0772

| | |
|---|---|
| Order Date: | 8/26/2021 |
| X-FACTORY: | |
| Delivery in LA: | 10/30/2021 |
| Payment terms: | |
| PO#: | RGB-CY11 BM |

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | PXS 2 | PS 2 | PM 1 | PL 1 | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SWT026AP | Rib Shawl Chevron Back Open Cardi | BLACK | 1200 | 1200 | 600 | 600 | 3600 | $ 4.25 | $15,300.00 |
| SWT026AP | Rib Shawl Chevron Back Open Cardi | LT HEATHER GREY | 400 | 400 | 200 | 200 | 1200 | $ 4.25 | $5,100.00 |
| SWT026AP | Rib Shawl Chevron Back Open Cardi | YELLOW (#544) | 400 | 400 | 200 | 200 | 1200 | $ 4.25 | $5,100.00 |
| SWT026AP | Rib Shawl Chevron Back Open Cardi | CAMEL (#534) | 400 | 400 | 200 | 200 | 1200 | $ 4.25 | $5,100.00 |
| SWT026AP | Rib Shawl Chevron Back Open Cardi | RED (AS LAST YEAR) | 400 | 400 | 200 | 200 | 1200 | $ 4.25 | $5,100.00 |
| SWT035P | Rib Front 2 PCKT Open Cardi | BLACK | 800 | 800 | 400 | 400 | 2400 | $ 4.25 | $10,200.00 |
| 2100BP | open cardigan with pattern in front | BLACK | 600 | 600 | 300 | 300 | 1800 | $ 4.25 | $7,650.00 |
| DW1076P | button up cardigan | BLACK | 600 | 600 | 300 | 300 | 1800 | $ 3.50 | $6,300.00 |
| DW1076P | button up cardigan | YELLOW (#544) | 400 | 400 | 200 | 200 | 1200 | $ 3.50 | $4,200.00 |
| DW1076P | button up cardigan | MAUVE (#521) | 600 | 600 | 300 | 300 | 1800 | $ 3.50 | $6,300.00 |
| DW1136P (same as DW1136) | button up cardigan with heart pattern | RED (AS LAST YEAR) | 600 | 600 | 300 | 300 | 1800 | $ 3.50 | $6,300.00 |
| | | | | | | Total | 19200 | | $76,650.00 |

LABEL:
Price Ticket: YES
MSRP FOR LONG CARDIGAN: $49.99
MSRP FOR SHORT CARDIGAN: $59.99
EXTRA HANGTAG:

Emerson zoe
Price Ticket:
HANGTAG FOR PETITE

Size Ratio: PXS:PS:PM:PL=2:2:1:1
Pre-Pasak: 4bpcs/color Prepack 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Sample: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc." nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

Main Carton Markings:
PO #
Style #
color :
Size ratio:
Total Units:

From: Desen Inc.

Side Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

PRICE STICKER
STYLE
COLOR:
SIZE:
MSRP:

**DESFA INC.**
1407 BROADWAY, SUITE 3415, NEW YORK NY 10018 TEL:917-524-0272

Factory: CHENXIN MAOLIN
Address: 43 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

| PO # | |
| --- | --- |
| Order Date: | 8/26/2021 |
| X-FACTORY: | 11/30/2021 |
| Delivery In LA | |
| Payment terms: | |

Ship to  LA

**RO5-CY1128B**

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | PXS | PS | PM | PL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 2 | 1 | 1 | | | |
| SWT1004P | Rib Shawl Chevron Back Open Cardi | BLACK | 600 | 600 | 300 | 300 | 1800 | $ 4.25 | $7,650.00 |
| SWT1004P | Rib Shawl Chevron Back Open Cardi | LT HEATHER GREY | 200 | 200 | 100 | 100 | 600 | $ 4.25 | $2,550.00 |
| SWT1004P | Rib Shawl Chevron Back Open Cardi | YELLOW (#544) | 200 | 200 | 100 | 100 | 600 | $ 4.25 | $2,550.00 |
| SWT1004P | Rib Shawl Chevron Back Open Cardi | CAMEL (#594) | 200 | 200 | 100 | 100 | 600 | $ 4.25 | $2,550.00 |
| SWT1004P | Rib Shawl Chevron Back Open Cardi | RED (AS LAST YEAR) | 200 | 200 | 100 | 100 | 600 | $ 4.25 | $2,550.00 |
| | | | | | | | | | |
| SWT1005P | Rib Front 2 PCKT Open Cardi | BLACK | 400 | 400 | 200 | 200 | 1200 | $ 4.25 | $5,100.00 |
| | | | | | | | | | |
| 2326NP | open cardigan with pattern in front | BLACK | 300 | 300 | 150 | 150 | 900 | $ 4.25 | $3,825.00 |
| | | | | | | | | 6750 | |
| | | | | | | | | | |
| DW627NP | button up cardigan | BLACK | 300 | 300 | 150 | 150 | 900 | $ 3.50 | $3,150.00 |
| DW627NP | button up cardigan | YELLOW (#544) | 200 | 200 | 100 | 100 | 600 | $ 3.50 | $2,100.00 |
| DW627NP | button up cardigan | MAUVE (#921) | 300 | 300 | 150 | 150 | 900 | $ 3.50 | $3,150.00 |
| | | | | | | | 8700 | | **$35,175.00** |



LABEL:  Emerson zoe
Price Ticket :  YES
MSRP FOR LONG CARDIGAN:  $59.99
MSRP FOR SHORT CARDIGAN:  $49.99
EXTRA HANGTAG  HANGTAG FOR PETITE

Size Ratio:  PXS-PS-PM-PL-2-2-1-1
Pre-Pack:  48pcs/ctn  8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements:  Each individual polybag printed with warning text
Master Polybag  Requirement: with a 3"X 3" sticker, listing information: style #, color way, size breakdown
Carton Marking (as below):
TOP Sample:  2 piece of each color in size M must be submitted 3 weeks prior to X-China date
Overage/Shortage:  5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark:  All orders must be approved by "Desen Inc" combinated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | Side Carton Markings: |
|---|---|
| From: Desen Inc. | Carton Size: |
| | Carton Weight: |
| | Carton Number: XXX of XXX |
| | MADE IN CHINA |

PRICE STICKER

| STYLE |
|---|
| COLOR: |
| SIZE: |
| MSRP: |

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-538-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGRDLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

PO #: ROS-CY1129A
Order Date: 8/28/2021
X-FACTORY: 10/20/2021
Delivery in LA
Payment terms:

Ship to  LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | S | M | L | XL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 2 | 1 | | | |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | BLACK | 1000 | 2000 | 2000 | 1000 | 6000 | $4.60 | $27,600.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | LT HEATHER GREY | 900 | 1800 | 1800 | 900 | 5400 | $4.60 | $24,840.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | YELLOW (#544) | 600 | 1200 | 1200 | 600 | 3600 | $4.60 | $16,560.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | CAMEL (#534) | 600 | 1200 | 1200 | 600 | 3600 | $4.60 | $16,560.00 |
| SWT1035 | Rib Front 2 PCKT Open Cardi | BLACK | 1000 | 2000 | 2000 | 1000 | 6000 | $4.60 | $27,600.00 |
| SWT1035 | Rib Front 2 PCKT Open Cardi | LT HEATHER GREY | 900 | 1800 | 1800 | 900 | 5400 | $4.60 | $24,840.00 |
| SWT1035 | Rib Front 2 PCKT Open Cardi | RED (SAME AS LAST YEAR) | 600 | 1200 | 1200 | 600 | 3600 | $4.60 | $16,560.00 |
| 21006 | open cardigan with pattern in front | BLACK | 1000 | 2000 | 2000 | 1000 | 6000 | $4.60 | $27,600.00 |
| 21006 | open cardigan with pattern in front | LT HEATHER GREY | 900 | 1800 | 1800 | 900 | 5400 | $4.60 | $24,840.00 |
| | | | | | | Total | 45000 | | $207,000.00 |

LABEL: Emerson zoe
Price Ticket: YES
MSRP: $59.99

Size Ratio: S:M:L:XL=1-2-2-1
Pre-Pack: 48pcs/ctn @ Prepaid per Carton, 6 pcs Prepack
Each prepaid must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirements: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Markings(as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC Inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

Main Carton Markings:
From: Desen Inc.
PO #
Style #
color:
Size ratio:
Total Units:

Side Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

PRICE STICKER
STYLE:
COLOR:
SIZE:
MSRP:

**DESEN INC.**
1407 BROADWAY, SUITE 2412, NEW YORK NY 10018 TEL.917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

PO #
Order Date: 8/26/2021
X-FACTORY: 11/30/2021
Delivery in LA
Payment terms:

ROS-CY1128B

Ship to LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | S | M | L | XL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 2 | 1 | | | |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | BLACK | 500 | 1000 | 1000 | 500 | 3000 | $4.60 | $13,800.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | LT HEATHER GREY | 450 | 990 | 900 | 450 | 2790 | $4.60 | $12,834.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | YELLOW (#854) | 300 | 600 | 600 | 300 | 1800 | $4.60 | $8,280.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | CAMEL (#534) | 300 | 600 | 600 | 300 | 1800 | $4.60 | $8,280.00 |
| | | | | | | | | | |
| SWT1035 | Rib Front 2 PCKT Open Cardi | BLACK | 500 | 1000 | 1000 | 500 | 3000 | $4.60 | $13,800.00 |
| SWT1035 | Rib Front 2 PCKT Open Cardi | LT HEATHER GREY | 450 | 900 | 900 | 450 | 2700 | $4.60 | $12,420.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| 21006 | open cardigan with pattern in front | LT HEATHER GREY | 500 | 1000 | 1000 | 500 | 3000 | $4.60 | $13,800.00 |
| 21006 | open cardigan with pattern in front | BLACK | 450 | 900 | 900 | 450 | 2700 | $4.60 | $12,420.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Total | | | | 20790 | | $12,420.00 |

LABEL: Emerson zone
Price Ticket: YES
MSRP: $59.99

Size Ratio: S:M:L:XL=1-2-2-1
Pre-Picak: 48pcs/ctn 8 Prepack per Carton 8 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

**Individual Polybag Requirements:** Each individual polybag printed with warning text

**Master Polybag Requirement:** with a 3"X 2" sticker, listing information: style #, color way, size breakdown

**Carton Marking(as below)**
TOP Sample: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

Main Carton Markings:
Desen Inc.
PO #
Style #
color :
Size ratio:
Total Units:

From: Side Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

PRICE STICKER
STYLE:
COLOR:
SIZE:
MSRP:

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-338-0772

**PO #** BUR-CY11124
Order Date: 8/27/2021
X-FACTORY: 10/30/2021
Delivery in LA
Payment terms:

Factory: CHENGY MAOZHI
Address: 43 XINYUAN 2ND ROAD, SONGBOLIANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

Ship to LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | 1X | 2X | 3X | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | 3 | 2 | | | |
| 2100ZW | long cardigan | Black | 620 | 1860 | 1240 | 3720 | $4.70 | $17,484.00 |
| 2100ZW | long cardigan | Light Grey (P003) | 310 | 930 | 620 | 1860 | $4.70 | $8,742.00 |
| 2100ZW | long cardigan | Red (P023) | 310 | 930 | 620 | 1860 | $4.70 | $8,742.00 |
| | | | | | | | | |
| 2100GW | long cardigan | Black | 620 | 1860 | 1240 | 3720 | $4.70 | $17,484.00 |
| 2100GW | long cardigan | Light Grey (P003) | 310 | 930 | 620 | 1860 | $4.70 | $8,742.00 |
| 2100GW | long cardigan | Mauve (P006) | 310 | 930 | 620 | 1860 | $4.70 | $8,742.00 |
| 2100GW | long cardigan | Red (P023) | 310 | 930 | 620 | 1860 | $4.70 | $8,742.00 |
| | | | | | | | | |
| 2100GW | long cardigan | Black | 620 | 1860 | 1240 | 3720 | $4.70 | $17,484.00 |
| 2100GW | long cardigan | Tan (P187) | 310 | 930 | 620 | 1860 | $4.70 | $8,742.00 |
| 2100GW | long cardigan | Navy (P239) | 310 | 930 | 620 | 1860 | $4.70 | $8,742.00 |
| | | | | | | **Total** | **24180** | **$113,646.00** |

LABEL: Samantha Erin
Price Ticket: No
MSRP: $59.99

Size Ratio: 1X:2X:3X=1-3-2
Pre-Pack: 36 pcs/ctn- 6 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Sample: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: | Side Carton Markings: |
|---|---|---|
| Dasen Inc. | | Carton Size: |
| PO # | | Carton Weight: |
| Style # | | Carton Number: XXX of XXX |
| Color: | | MADE IN CHINA |
| Total Units: | | |

17

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-626-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

Ship to  LA

PO #               BRU-CY1123
Order Date:        8/27/2021
X-FACTORY:         12/30/2021
Delivery in LA
Payment terms:

GAUGE: 12GG
CONTENT: 70% POLYESTER 30% NYLON

| STYLE NO. | STYLE DESCRIPTION | COLOR | PS | PM | PL | PXL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW102/4P | CHERRON BACK OPEN COZY | OATMEAL | 100 | 200 | 200 | 100 | 600 | $ 4.25 | $ 2,550.00 |
| DW102/4P | CHERRON BACK OPEN COZY | BLACK | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DW102/4P | CHERRON BACK OPEN COZY | NAVY | 100 | 200 | 200 | 100 | 600 | $ 4.25 | $ 2,550.00 |
| DW154P | JACQUARD OPEN CARDIGAN | BKWT PLD | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DW154P | JACQUARD OPEN CARDIGAN | BKWT CHEVRON | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DW118P | PEPLUM WST BTN SLV OPEN COZY | BLACK | 250 | 500 | 500 | 250 | 1500 | $ 4.25 | $ 6,375.00 |
| DW118P | PEPLUM WST BTN SLV OPEN COZY | BLUSH | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DW118P | PEPLUM WST BTN SLV OPEN COZY | LT HTHR GREY | 100 | 200 | 200 | 100 | 600 | $ 4.25 | $ 2,550.00 |
| DW118P | PEPLUM WST BTN SLV OPEN COZY | OATMEAL | 100 | 200 | 200 | 100 | 600 | $ 4.25 | $ 2,550.00 |
| DW118P | PEPLUM WST BTN SLV OPEN COZY | SLATE BLUE | 100 | 200 | 200 | 100 | 600 | $ 4.25 | $ 2,550.00 |
| DW129P | EMBELLISHED OPEN COZY | BLACK | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DW129P | EMBELLISHED OPEN COZY | BLUSH | 200 | 400 | 400 | 200 | 1200 | $ 4.25 | $ 5,100.00 |
| DW129P | EMBELLISHED OPEN COZY | RED | 100 | 200 | 200 | 100 | 600 | $ 4.25 | $ 2,550.00 |
| DW129P | EMBELLISHED OPEN COZY | NAVY | 100 | 200 | 200 | 100 | 600 | $ 4.25 | $ 2,550.00 |
| Total | | | | | | | 12900 | | $ 54,825.00 |

LABEL:          Ella & Emma
Price Ticket :  NO
MSRP:           $59.99

Size Ratio:
Pre/Pack:   PS/PM/PL/PXL=1-2-2-1
49 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking(as below)
Master Polybag: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
TOP Samples: 2 piece of each color must be submitted 2 weeks prior to X-China date
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: Desen | Side Carton Markings: |
|---|---|---|
| Inc | | Carton Size: |
| PO # | | Carton Weight: |
| Style # | | Carton Number: XXX of XXX |
| Color: | | MADE IN CHINA |
| Total Units: | | |

4500 pcs

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL.917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

PO #   BRU-CY1118
Order Date: 8/6/2021
X-FACTORY: 9/30/2021
Delivery in LA
Payment terms:

Ship to LA

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | PS | PM | PL | PXL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GAUGE:12GG | | | | 1 | 2 | 2 | 1 | | |
| DW107-4P | CHEVRON BACK OPEN COZY | | OATMEAL | 200 | 400 | 400 | 200 | 1200 | |
| DW107-4P | CHEVRON BACK OPEN COZY | | BLACK | 400 | 800 | 800 | 400 | 2400 | |
| DW107-4P | CHEVRON BACK OPEN COZY | | NAVY | 200 | 400 | 400 | 200 | 1200 | |
| DW115-4P | JACQUARD OPEN CARDIGAN | | BKWT P/LD | 400 | 800 | 800 | 400 | 2400 | |
| DW115-4P | JACQUARD OPEN CARDIGAN | | BKWT CHEVRON | 400 | 800 | 800 | 400 | 2400 | |
| DW116-6P | PEPLUM WST BTN SLV OPEN COZY | | BLACK | 500 | 1000 | 1000 | 500 | 3000 | |
| DW116-6P | PEPLUM WST BTN SLV OPEN COZY | | BLUSH | 400 | 800 | 800 | 400 | 2400 | |
| DW116-6P | PEPLUM WST BTN SLV OPEN COZY | | LT HTHR GREY | 200 | 400 | 400 | 200 | 1200 | |
| DW116-6P | PEPLUM WST BTN SLV OPEN COZY | | OATMEAL | 200 | 400 | 400 | 200 | 1200 | |
| DW116-6P | PEPLUM WST BTN SLV OPEN COZY | | SLATE BLUE | 200 | 400 | 400 | 200 | 1200 | |
| DW1239P | EMBELLISHED OPEN COZY | | BLACK | 400 | 800 | 800 | 400 | 2400 | |
| DW1239P | EMBELLISHED OPEN COZY | | BLUSH | 400 | 800 | 800 | 400 | 2400 | |
| DW1239P | EMBELLISHED OPEN COZY | | RED | 200 | 400 | 400 | 200 | 1200 | |
| DW1239P | EMBELLISHED OPEN COZY | | NAVY | 200 | 400 | 400 | 200 | 1200 | |
| Total | | | | | | | | 25800 | |

$109,650 /
4.25

LABEL:   Sample EIG   Ella & Emma.
Price Ticket: NO
MSRP: $59.99

Size Ratio:   PS/M/L/XL SKU-1:2:2:1
Pre-Pecak:   48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements:  Each individual polybag printed with warning text
Master Polybag Requirements: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples:  2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Oversdy/Shortshp:  5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark:  All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: Desen | Side Carton Markings: |
|---|---|---|
| Inc. | | Carton Size: |
| PO # | | Carton Weight: |
| Style # | Color: | Carton Number: XXX of XXX |
| Size ratio: | | MADE IN CHINA |
| Total Units: | | |

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

Ship to LA

MISSY SIZE
GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON;

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

PO # 117ROSS-CY
Order Date: 8/5/2021
X-FACTORY:
Delivery in LA
Payment terms: 10/7/2021

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | LX | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SWT1035 | Rib Front 2 PCKT Open Cardi 32" | $14.60 | Black | 700 | 1400 | 1400 | 700 | 4200 | |
| SWT1035 | | | LT Heather Grey | 600 | 1200 | 1200 | 600 | 3600 | |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SWT1033 | Rib Shawl Open Cardi 32" | $14.60 | True White | 700 | 1400 | 1400 | 700 | 4200 | |
| SWT1033 | | | Black | 600 | 1200 | 1200 | 600 | 3600 | |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SWT1034 | Rib Shawl Chevron Back Open Cardi | $14.60 | True White | 600 | 1200 | 600 | 1200 | 3600 | |
| SWT1034 | | | Black | 700 | 1400 | 1400 | 700 | 4200 | |
| SWT1034 | | | LT Heather Grey | 600 | 1200 | 1200 | 600 | 3600 | |
| | | | Total | | | | | 27000 | $0.00 |

$124,200

LABEL:
Price Ticket:
MSRP: $4.99

Size Ratio: S-M-L-XL=1-2-2-1
Pre-Peak: 36/Ctn- 6 Prepack per Carton, 6 pcs Prepack
. Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual PolyBag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Ownship/Shortage: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: | Side Carton Markings: |
|---|---|---|
| Desen Inc. | | Carton Size: |
| PO # | | Carton Size: |
| Style # | | Carton Weight: |
| Label: Emerson Zoe | | Carton Number: XXX of XXX |
| Color: | | MADE IN CHINA |
| Size ratio: | | |
| Total Units: | | |

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

PO # 
Order Date: 8/3/2021
X-FACTORY:
Delivery in LA 9/30/2021
Payment terms:

BUR-CY1116

Ship to  LA

CONTENT:
SSY SIZE

LABEL: Samantha Erin
Price Ticket: NO
MSRP: $59.99

Size Ratio: S:M:L:XL=1-2-2-1
Prepack: 48pcs/ctn= 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"x 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
PP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| STYLE NO. | STYLE DESCRIPTION | COLOR | S | M | L | XL | Units | FOB | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW19091 | Sweater With Pearl | Black | 800 | 1600 | 1600 | 800 | 4800 | $ 5.50 | $26,400.00 |
| DW19091 | Sweater With Pearl | Gery ( P004) | 600 | 1200 | 1200 | 600 | 3600 | $ 5.50 | $19,800.00 |
| | | | 1 | 2 | 2 | 1 | | | |
| | | | | | | Total | 8400 | | $46,200.00 |

Custom
Ashley confirmed $2.60
selling

Main Carton Markings:    From:
Desen inc.
PO #
Style #
Color:
Size ratio:
Total Units:

Side Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

# DESEN INC.
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

PO # BUR-CY1115A
Order Date: 8/3/2021
X-FACTORY: 9/30/2021
Delivery in LA
Payment terms: ROG 30 DAYS

Ship to  LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON;

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 2 | 2 | 1 | | |
| DW1184 | button up cardigan with heart | $3.50 | Red (7023) | 800 | 1600 | 1600 | 800 | 4800 | $16,800.00 |
| DW1184 | button up cardigan with heart | $3.50 | Grey (9005) | 500 | 1000 | 1000 | 500 | 3000 | $10,500.00 |
| DW1184 | button up cardigan with heart | $3.50 | Blush (P336) | 500 | 1000 | 1000 | 500 | 3000 | $10,500.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| DW1076 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| DW1076 | button up cardigan | $3.50 | Red (7023) | 600 | 1200 | 1200 | 600 | 3600 | $12,600.00 |
| DW1076 | button up cardigan | $3.50 | Grey (P005) | 600 | 1200 | 1200 | 600 | 3600 | $12,600.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| DW1078 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| DW1078 | button up cardigan | $3.50 | Blush (P338) | 600 | 1200 | 1200 | 600 | 3600 | $12,600.00 |
| DW1078 | button up cardigan | $3.50 | Navy(P239) | 400 | 800 | 800 | 400 | 2400 | $8,400.00 |
| | | | | | | | Total | 36000 | $126,000.00 |

LABEL: Samantha Erin
Price Ticket: NO.
MSRP: $48.00

Site Ratio: S:M:L:XL=1-2-2-1
Pre-Pack: 48pcs/ctn= 8 Prepack per Carton. 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirements: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Markings:(as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | | Side Carton Markings: |
|---|---|---|
| Desen Inc | From: | Carton Size: |
| PO # | | Carton Weight: |
| Style # | | Carton Number: XXX of XXX |
| Size ratio: | Color: | MADE IN CHINA |
| Total Units: | | |

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-526-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

PO #: BUR-CY11168
Order Date: 8/3/2021
X-FACTORY: 10/30/2021
Delivery in LA
Payment terms: ROG 30 DAYS

Ship to  LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1076 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| DW1076 | button up cardigan | $3.50 | Red (PO23) | 250 | 500 | 500 | 250 | 1500 | $5,250.00 |
| | | | | | | | | | |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1078 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| | | | | | | | | | |
| | | | | | | | Total | 13500 | $47,250.00 |

LABEL: Samantha Erin
Price Ticket: NO.
MSRP: $48.00

Size Ratio: S/M/L/XL=1-2-2-1
Pre-Prepak: 48pcs/ctn= 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements:  Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking(as below)
TOP Samples:  2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark:  All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

Main Carton Markings:
From: Desen Inc.
PO #
Style #
Color:
Size ratio:
Total Units:

Side Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

23

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL.917-338-0772

| | |
|---|---|
| PO # | BUR-CY1114A |
| Order Date: | 8/2/2021 |
| X-FACTORY: | 9/30/2021 |
| Delivery in LA | |
| Payment terms: | ROG 30 DAYS |

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

Ship to LA

GAUGE:12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| 21002 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |
| 21002 | long cardigan | $4.60 | Light Grey (PO03) | 600 | 1200 | 1200 | 600 | 3600 | $16,560.00 |
| 21002 | long cardigan | $4.60 | Red (PD23) | 600 | 1200 | 1200 | 600 | 3600 | $16,560.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| 21006 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |
| 21006 | long cardigan | $4.60 | Light Grey (PO03) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| 21006 | long cardigan | $4.60 | Mauve (PO90) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| 21006 | long cardigan | $4.60 | Red (PD23) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| 21005 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |
| 21005 | long cardigan | $4.60 | Tan (P187) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| 21005 | long cardigan | $4.60 | Navy(P239) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| | | | | | | | **Total** | 37200 | $171,120.00 |

LABEL: Samantha Erin
Price Ticket: No
MSRP: $59.99

Size Ratio: S:M:L:XL=1-2-2-1
Pre-Pack: 48 pcs/ctn= 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking(see below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remarks: All orders must be approved by 'Desen Inc' nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: | Side Carton Markings: |
|---|---|---|
| Desen Inc. | | Carton Size: |
| PO # | | Carton Weight: |
| Style # | | Carton Number: XXX of XXX |
| Color: | | MADE IN CHINA |
| Size ratio: | | |
| Total Units: | | |

24

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-328-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE,
DALANG TOWN, DONGGUAN CITY,
GUANGDONG PROVINCE

| PO # | BUR-CY1114B |
|---|---|
| Order Date: | 8/3/2021 |
| X-FACTORY: | 10/30/2021 |
| Delivery In LA | |
| Payment terms: | ROG 30 DAYS |

Ship to  LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON;

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 21002 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |
| 21002 | long cardigan | $4.60 | Light Grey (P003) | 334 | 667 | 667 | 334 | 2004 | $9,218.40 |
| 21002 | long cardigan | $4.60 | Red (P023) | 334 | 667 | 667 | 334 | 2004 | $9,218.40 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 21006 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 21005 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |

| | | | | | | | Total | 22008 | $101,236.80 |
|---|---|---|---|---|---|---|---|---|---|

LABEL: Samantha Erin
Price Ticket: No
MSRP: $59.99

Site Ratio:
S:M:L:XL=1-2-2-1

Pre-Pack:
48 pcs/ctn= 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"x 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: | Side Carton Markings: |
|---|---|---|
| Desen Inc. | | Carton Size: |
| PO # | | Carton Weight: |
| Style # | | Carton Number: XXX of XXX |
| Size ratio: | Color: MADE IN CHINA | |
| Total Units: | | |

## DESEN INC.
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Factory:** CHENGYI MAOZHI | | | | **PO #** | **DSN-CY1107** | | |
| **Address :** 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, | | | | **Order Date:** | 4/23/2021 | | |
| DALANG TOWN, DONGGUAN CITY, | | | | **X-FACTORY:** | 6/1/2021 | | |
| GUANGDONG PROVINCE | | | | **Delivery in LA** | | | |
| | | | | **Payment terms:** | | | |
| **Ship to** LA | | | | | | | |

**SIZE: MISSY**
**GAUGE: 12GG**
**CONTENT: 70% polyester 30 % nylon**

| | STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | DS1239 | GLITZ LAPEL OPEN CARDIGAN | $4.50 | RED | 600 | 600 | 600 | 1800 | $8,100.00 |
| | DS1239 | GLITZ LAPEL OPEN CARDIGAN | $4.50 | BLACK | 600 | 600 | 600 | 1800 | $8,100.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | **Total** | 3600 | $16,200.00 |

**LABEL:** Samantha Erin


Samantha Erin

**Price Ticket :** No

**MSRP:** $59.00

Samantha Erin

Care Label
Pls follow exact same and submit for approval
**FABRIC CONTENT**
**RN# 159692**
**WASH INSTRUCTION**

M

70% POLYESTER
30% NYLON
MADE IN CHINA
RN # 159692

MACHINE WASH
COLD
GENTLE CYCLE
NON
CHLORINE BLEACH
TUMBLE
DRY LOW
COLD IRON
IF NEEDED

**Size Ratio:** S:M:L=2:2:2
**Pre-Pacak:** 48pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

**Individual Polybag Requirements:** Each individual polybag printed with warning text
**Master Polybag  Requirement:** with a 3"X 2" sticker, listing information: style #, color way, size breakdown
**Carton Marking:(as below)**
**TOP Samples:** 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
**Overship/Shortship:** 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
**Remark:** All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| **Main Carton Markings:** | **Side Carton Markings:** |
|---|---|
| From: Desen Inc. | |
| PO # | Carton Size: |
| Style # | Carton Weight; |
| Lbel: | Carton Number: XXX of XXX |
| Color: | MADE IN CHINA |
| Size ratio: | |
| Total Units: | |