# **EXHIBIT F**

| Freight Forwarder | Item/ PO# | Loading port | Discharge port | ETD from China | ETA in LA | SIZE | Container # | Container Pick Up Date from the Port |
|---|---|---|---|---|---|---|---|---|
| CTS | DSN-CY1107 | SHENZHEN | LA | 7/14/2021 | 8/3/2021 | 7CBM | LCL | 9/2/2021 |
| Maggie | BUR-CY1114A, 1118 | YANTIAN | LA | 10/18/2021 | 11/6/2021 | 40HQ | MEDU7593261 | 11/29/2021 |
| LHM | BUR-CY1114B,1115A | YANTIAN | LA | 11/8/2021 | 11/22/2021 | 40HQ | OOLU9281858 | 12/8/2021 |
| QEC | CY 1117,1118,1123,1124 | YANTIAN | LA | 11/9/2021 | 11/30/2021 | 40HQ | TLLU4164945 | 12/16/2021 |
| QEC | CY1115B, 1125A, 1126A | YANTIAN | LA | 11/14/2021 | 12/11/2021 | 40HQ | CSNU7955394 | 12/28/2021 |
| Maggie | BUR-CY1114B, 1118 | YANTIAN | LA | 10/28/2021 | 11/15/2021 | 40HQ | SMCU1108310 | 1/3/2022 |
| LHM | BUR-CY1114A, 1115A, 1123 | YANTIAN | LA | 10/29/2021 | 11/13/2021 | 40HQ | WHSU6678882 | 1/7/2022 |
| LHM | CY1116, 1117,1123,1125,11126 | YANTIAN | LA | 11/25/2021 | 2/21/2022 | 40HQ | FCIU9734690 | 3/2/2022 |
| LHM | CY1117, CY1124 | YANTIAN | LA | 12/2/2021 | 1/29/2022 | 40HQ | MSMU7142770 | 2/8/2022 |
| CTS | ROS-CY1125, 1126 | NANSHA | LA | 12/27/2021 | 2/25/2022 | 40HQ | CAXU9965986 | 3/4/2022 |
| CTS | ROS-CY1125, 1126 | NANSHA | LA | 12/27/2021 | 2/25/2022 | 40HQ | TGHU6141282 | 3/8/2022 |
| RUSHA | WMI-CY2002 A,B,C, ROS-NY 1125A, B, ROS-NY 1126 A,B | DACHAN | LA | 12/29/2021 | 3/5/2022 | 40HQ | FFAU4070816 | 3/11/2022 |
| JOE | ROS-CY2003 A,B,   DSNR-CY2007 | YANTIAN | LA | 1/22/2022 | 3/26/2022 | 40HQ | NYKU4109540 | 4/6/2022 |
| Momen | DSNB-CY2006, DSBR-CY2007 | YANTIAN | LA | 1/23/2022 | 3/18/2022 | 40HQ | CAIU4534881 | 3/29/2022 |
| QEC | DSNR-CY2003, DSNB-CY2009, CY2010 | YANTIAN | LA | 3/28/2022 | 4/14/2022 | 40HQ | DFSU6932850 | 4/26/2022 |
| QEC | DSNR-CY2003, DSNB-CY2009, CY2010 | YANTIAN | LA | 3/28/2022 | 4/14/2022 | 40HQ | EGHU9607404 | 4/27/2022 |