# **EXHIBIT G**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
**DONGGUAN CHENG ONE CO., LTD.,**                    Civil Action No.

           **Plaintiff,**                                                  1:24-cv-03388

   -against-                                                          **ANSWER**

**DESEN INC.,**

           **Defendant.**
-----------------------------------------------------------------------X

Defendant, **DESEN INC.**, by its attorneys, **THE KASEN AND LIU LAW FIRM, PLLC**, as and for an **ANSWER** to the **COMPLAINT** of plaintiff, alleges as follows.

1. Defendant, **DESEN INC.**, admits the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraph 3,** only as to it being a corporation organized under the laws of the state of New York.

2. Defendant, **DESEN INC.** admits the factual allegations which may be discerned in **paragraphs 4, 8, and 10**.

3. Defendant, **DESEN INC.**, admits the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraph 9,** only as to having made payment in the amount of **$1,127,957.00**.

4. Defendant, **DESEN INC.**, lacks sufficient information and knowledge to respond to any factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraphs 1, 2, 7, 12,** and **13**.

5. Defendant, **DESEN INC.**, denies the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraph 3**, as to its principal place of business.

6. Defendant, **DESEN INC.**, denies the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraphs 9**, as to the remainder of the allegations,

other than the payment attributed to defendant, **DESEN, INC.**, in the amount of **$1,127,957.00**.

7. Defendant, **DESEN INC**., denies the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraphs 5, 6, 11, 14, 15, and 16.**

8. Defendant, **DESEN INC.,** reiterates and incorporates by reference its responses to **paragraphs 1-16** in response to **paragraph 17**.

9. The content of **paragraph 18** is a conclusion of law, which does not require a response.

10. Defendant, **DESEN INC**., denies the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraphs 19, 20,** and **21.**

11. Defendant, **DESEN INC.,** reiterates and incorporates by reference its responses to **paragraphs 1-21** in response to **paragraph 22**.

12. Defendant, **DESEN INC**., denies the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraphs 23-27**.

13. Defendant, **DESEN INC.,** reiterates and incorporates by reference its responses to **paragraphs 1-27** in response to **paragraph 28**.

14. Defendant, **DESEN INC.,** admits the factual allegations in **paragraph 29**.

15. Defendant, **DESEN INC**., denies the factual allegations, conclusions of law, and claims for relief which may be discerned in **paragraphs 30-38**.

16. Defendant, **DESEN INC**. objects to plaintiff's demand for a jury trial.

## IN RESPONSE TO THE WHEREFORE PARAGRAPH

17. Defendant, **DESEN INC.,** denies the factual allegations, conclusions of law, and claims for relief which may be discerned in the "**wherefore**" **paragraph**.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

18. The plaintiff did not ship the goods at issue in a timely fashion, pursuant to the course of dealing between plaintiff and defendant, therefore, causing loss and damages to defendant, **DESEN, INC**.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

**19.** Therefore, defendant, **DESEN, INC.**, did not breach any contractual obligations with plaintiff.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

20. Venue in this matter should lie in the Eastern District of New York because the principle place of business of defendant, **DESEN, INC.,** is located in the county of Queens, state of New York.

### CONCLUSION

**WHEREFORE**, the defendant, **DESEN, INC.**, respectfully requests that this Court enter a judgment dismissing all the causes of action set forth in and relief requested in the **COMPLAINT**; and awarding to defendant, **DESEN, INC.**, judgment on its costs, disbursements and attorneys' fees; and such other and further relief as this Court deems just, proper, and equitable.

Dated:  Flushing, New York
        May 12, 2025

Yours, etc.

**THE KASEN AND LIU LAW FIRM PLLC**
*Attorneys for the Defendant*
By:  Aleksander B. Milch, Esq.
136-33 37th Avenue, #9C
Flushing, New York 11355
Tel. 718-337-8012
Fax. 718-709-8850
Email: aleksander@kasenlawfirm.com

**To**:
**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff*
1350 Avenue of the Americas, 2d Floor
New York, New York 10019
Tel. 646-416-6280

**Civil Action 1:24-cv-03388**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**DONGGUAN CHENG ONE CO., LTD.,**

                **Plaintiff,**

    -against-

**DESEN INC.,**

                **Defendant.**

## ANSWER

**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for Defendant,*
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel: (718) 337-8012 Fax: (718) 709-8850

**To:**
**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff*
1350 Avenue of the Americas, 2d Floor
New York, New York 10019
Tel. 646-416-6280