# **EXHIBIT H**

12:14

‹

# BUS COMPL...CHK (...0091)

## −$1,736,865.53

Available balance

⊘ Your account is overdrawn, but you may be able to take action to avoid overdraft fees.

Other transactions may affect your account, so check your balance regularly.

Go to Chase Overdraft Assist℠ ›

## Account details

| | |
|---|---|
| Available balance | −$1,736,865.53 ⓘ |
| Present balance | $10,694.05 ⓘ |

○ We put 1 or more transactions on hold.

| | |
|---|---|
| Amount | $1,747,559.58 |
| Available on | May 05, 2026 |

Show details ⌄

   

Pay    Transfer    Accept    More

Account services    ›

Access tools and services for your account.