CIVIL ACTION NO. 1:24-cv-03388
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DONGGUAN CHENG ONE CO., LTD.,

                      **Plaintiff,**

    -against-

DESEN INC.,

                      **Defendant.**

## ORDER TO SHOW CAUSE

Dated:  Flushing, New York
          May 12, 2025

                                                              Aleksander B. Milch, Esq.

**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for Defendant*
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel: (718) 337-8012 Fax: (718) 709-8850

**To:**
**MAZZOLA LINDSTROM, LLP**
*Attorneys for Plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10018