UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGGUAN CHENG ONE CO., LTD.,

                Plaintiff,

– against –

DESEN INC.,

                Defendant.

**ORDER**

24-cv-03388 (ER)

Ramos, D.J.:

On January 22, 2025, this Court entered default judgment in favor of Dongguan Cheng One Co., Ltd. Doc. 28. On May 12, 2025, Desen Inc. moved to vacate default judgment. Doc. 31. Dongguan Cheng One Co., Ltd. is directed to respond to Desen Inc.'s motion by May 20, 2025.

It is SO ORDERED.

Dated:    May 13, 2025
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.