UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

Dongguan Cheng One Co., Ltd.,

                      Plaintiff,

      -against-

Desen Inc.,

                      Defendant.

--------------------------------------------------------------------x

Civil Action No.:
1:24-cv-03388-ER

**Declaration of Shan Chen**

I, Shan Chen, hereby makes the following affirmation under the penalties of perjury, pursuant to 28 U.S.C. §1746:

1.      I am an attorney with the firm of Mazzola Lindstrom, LLP, counsel for plaintiff Dongguan Cheng One Co., Ltd.

2.      Having reviewed the file maintained for the prosecution of this action, I am familiar with the facts stated herein.

3.      I make this affirmation in opposition to Defendant's motion to vacate the default judgment granted to Plaintiff (DE 28).

4.      Defendant has during the events of this dispute had two addresses: its usual Manhattan business address of 1407 Broadway Avenue, Suite 3412, New York, New York 10018 (its "Manhattan address"), and its registered address of 99-03 43rd Avenue, Corona, Queens, New York 11368, which is also its principal Yangyang Wu's family house (the "Queens address").

5.      Defendant's purchase orders consistently give Defendant's address as its Manhattan address, not its Queens address. See Exhibit A for a sample of this.

1

6.      Defendant's CEO's business card gives Defendant's address as its Manhattan address. See Exhibit B.

7.      On May 2, 2024, Plaintiff filed its complaint in this Court (DE 1).

8.      On May 14, 2024, the Court issued an electronic summons (DE 5).

9.      On May 24, 2024, Plaintiff completed service upon Defendant by serving the New York Secretary of State, per the related affirmation of service (DE 6). The Secretary of State's office mailed this to Defendant's registered Queens address.

10.     On August 8, 2024, Plaintiff served upon Defendant the clerk's certificate of default (DE 13), per the docketed affidavit of service (DE 14).

11.     On December 18, 2024, Plaintiff filed an order to show cause for why a default ought not to be entered. (DE 25).

12.     On December 18, 2024, Plaintiff mailed notice of the order to show cause to Plaintiff at both of its addresses. The mail sent to the **Queens** address was **received** by Defendant on December 19, 2024. (DE 26).

13.     On December 18, 2024, Plaintiff served Defendant with the same papers through the New York Secretary of State. (See the Return of Service, DE 27). The Secretary of State's office mailed this to Defendant's **Queens** address on December 20, 2024, by certified mail, tracking number 9214 8969 0059 7938 1097 44. Defendant **received** this package at its Queens address. (See proof of receipt at Exhibit C).

14.     On January 22, 2025, the Court entered default judgment in Plaintiff's favor.

15.     Defendant had never appeared in the action until that point.

16.     On January 24, 2025, Plaintiff mailed to Defendant notice of the default judgment See the Declaration of Service (DE 30). Defendant **received** first the copy sent to the **Manhattan** address on January 31, 2025. See Exhibit D, top right document only.

17.     On February 23, 2025, Defendant's counsel Aleksander Boleslaw Milch filed his notice of appearance (DE 29).

18.     On March 3, 2025, Plaintiff's counsel Jessica Chen e-mailed Mr. Milch asking what his plan was for Defendant. On March 5, 2025, Mr. Milch responded with the prospect that Defendant would move to vacate default judgment. See Exhibit E.

19.     Plaintiff waited for Defendant to so move, but Defendant did not move. On or around March 31, 2025, Plaintiff sent to Defendant at its Queens and Manhattan addresses an information subpoena (Exhibit F) asking where Defendant kept its money. See the three certified mail slips on the left of Exhibit D. Defendant **received** this at its **Manhattan** address on April 14, 2025. See Exhibit D (the lower right document). And Defendant **received** this at its **Queens** address on April 28, 2025. See Exhibit G. Defendant never responded to the subpoena.

20.     Plaintiff sought to restrain Defendant's bank accounts, and sent restraining notices and information subpoenas to Defendant's banks. On May 5, 2025, J.P. Morgan Chase Bank restrained Defendant's bank account in the amount of $9,596.33. See Exhibit H, with redactions made to the possibly sensitive responses by the bank to Plaintiff's information subpoena to the bank. On May 8, 2025, Citibank restrained an additional $1,731.61. See Exhibit I. On May 12, 2025, Defendant filed its motion for vacatur. Plaintiff never levied on the bank accounts, and has not collected any money yet to satisfy the judgment.

I declare under penalty of perjury that the foregoing statements are true and correct.

3

Dated: New York, New York
        May 20, 2025

MAZZOLA LINDSTROM, LLP

_____

Shan (Jessica) Chen
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280
(m) 347-652-9046
jessica@mazzolalindstrom.com