# EXHIBIT A

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

| | |
|---|---|
| PO # | BUR-CY1114A |
| Order Date: | 8/3/2021 |
| X-FACTORY: | 9/30/2021 |
| Delivery in LA | |
| Payment terms: | ROG 30 DAYS |

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

Ship to LA

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| 21002 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |
| 21002 | long cardigan | $4.60 | Light Grey (P003) | 600 | 1200 | 1200 | 600 | 3600 | $16,560.00 |
| 21002 | long cardigan | $4.60 | Red (P023) | 600 | 1200 | 1200 | 600 | 3600 | $16,560.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| 21006 | long cardigan | $4.60 | Red (P023) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| 21006 | long cardigan | $4.60 | Mauve (P090) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| 21006 | long cardigan | $4.60 | Light Grey (P003) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| 21006 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 2 | 1 | | |
| 21005 | long cardigan | $4.60 | Tan (P187) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |
| 21005 | long cardigan | $4.60 | Navy(P239) | 400 | 800 | 800 | 400 | 2400 | $11,040.00 |

| | Total | |
|---|---|---|
| | 37200 | $171,120.00 |

LABEL: Samantha Erin
Price Ticket: No
MSRP: $59.99

Size Ratio: S-M-L-XL=1-2-2-1
Pre-Pacak: 48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack

**Individual Polybag Requirements:** Each individual polybag printed with warning text
**Master Polybag Requirement:** with a 3"X 2" sticker, listing information: style #, color way, size breakdown
**Carton Marking:(as below)**
**TOP Samples:** 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
**Overship/Shortship:** 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
**Remark:** All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: | Side Carton Markings: |
|---|---|---|
| Desen Inc. | | Carton Size: |
| PO # | | Carton Weight: |
| Style # | | Carton Number: XXX of XXX |
| Color: | | MADE IN CHINA |
| Size ratio: | | |
| Total Units: | | |

Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

[Signature: Yangyong Wang]
[Seal: DESEN INC. CORPORATE SEAL 2017 NEW YORK]

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

Factory: CHENGYI MAOZHI
Address: 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

Ship to  LA

| | |
|---|---|
| PO # | BUR-CY1114B |
| Order Date: | 8/3/2021 |
| X-FACTORY: | 10/30/2021 |
| Delivery in LA | |
| Payment terms: | ROG 30 DAYS |

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 21002 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |
| 21002 | long cardigan | $4.60 | Light Grey (P003) | 334 | 667 | 667 | 334 | 2004 | $9,218.40 |
| 21002 | long cardigan | $4.60 | Red (P023) | 334 | 667 | 667 | 334 | 2004 | $9,218.40 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 21006 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 21005 | long cardigan | $4.60 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $27,600.00 |

| | | | | | | | | Total | $101,236.80 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 22008 | |

LABEL: Samantha Erin
Price Ticket: No
MSRP: $59.99

Size Ratio: S:M:L:XL=1-2-2-1
Pre-Pacak: 48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"x 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples:  2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

Main Carton Markings:    From:    Side Carton Markings:
Desen Inc:                        Carton Size:
PO #                              Carton Weight:
Style #  Desen Inc.               Carton Number: XXX of XXX
Color:                            MADE IN CHINA
Size ratio:
Total Units:

[Signature and DESEN INC. CORPORATE SEAL 2017 NEW YORK]

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:912-528-0772

| Factory: | CHENGYI MAOZHI | | PO # | BUR-CY1115A |
|---|---|---|---|---|
| Address : | 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, | | Order Date: | 8/3/2021 |
| | DALANG TOWN, DONGGUAN CITY, | | X-FACTORY: | |
| | GUANGDONG PROVINCE | | Delivery in LA | 9/30/2021 |
| Ship to | LA | | Payment terms: | ROG 30  DAYS |

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON;

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1184 | button up cardigan with heart | $3.50 | Red ( P023) | 800 | 1600 | 1600 | 800 | 4800 | $16,800.00 |
| DW1184 | button up cardigan with heart | $3.50 | Grey (P005) | 500 | 1000 | 1000 | 500 | 3000 | $10,500.00 |
| DW1184 | button up cardigan with heart | $3.50 | Blush (P338) | 500 | 1000 | 1000 | 500 | 3000 | $10,500.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1076 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| DW1076 | button up cardigan | $3.50 | Red (P023) | 600 | 1200 | 1200 | 600 | 3600 | $12,600.00 |
| DW1076 | button up cardigan | $3.50 | Grey (P005) | 600 | 1200 | 1200 | 600 | 3600 | $12,600.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1078 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| DW1078 | button up cardigan | $3.50 | Blush (P338) | 600 | 1200 | 1200 | 600 | 3600 | $12,600.00 |
| DW1078 | button up cardigan | $3.50 | Navy(P239) | 400 | 800 | 800 | 400 | 2400 | $8,400.00 |
| | | | | | | | Total | 36000 | $126,000.00 |

LABEL: Samantha Erin
Price Ticket : NO.
MSRP: $48.00

Size Ratio: S:M:L:XL=1-2-2-1
Pre-Pacak: 48pcs/ctn- 8Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples:  2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | From: | Side Carton Markings: |
|---|---|---|
| Desen Inc. | | Carton Size: |
| PO # | | Carton Weight: |
| Style # | | Carton Number: XXX of XXX |
| Size ratio: | Color: | MADE IN CHINA |
| Total Units: | | |

[Desen Inc. Corporate Seal 2017 New York]

**DESEN INC.**
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

| | |
|---|---|
| Factory: | CHENGYI MAOZHI |
| Address : | 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE |

| | | | |
|---|---|---|---|
| | PO # | BUR-CY1115B | |
| | Order Date: | 8/3/2021 | |
| | X-FACTORY: | 10/30/2021 | |
| Ship to  LA | Delivery in LA | | |
| | Payment terms: | ROG 30 DAYS | |

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1076 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| DW1076 | button up cardigan | $3.50 | Red ( P023 ) | 250 | 500 | 500 | 250 | 1500 | $5,250.00 |
| | | | | | | | | | |
| DW1078 | button up cardigan | $3.50 | Black | 1000 | 2000 | 2000 | 1000 | 6000 | $21,000.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | Total | 13500 | $47,250.00 |

| | |
|---|---|
| LABEL: | Samantha Erin |
| Price Ticket : | NO. |
| MSRP: | $48.00 |

Size Ratio:    S:M:L:XL=1-2-2-1
Pre-Pacak:    **48pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack**
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

**Individual Polybag Requirements:** Each individual polybag printed with warning text
**Master Polybag Requirement:** with a 3"x 2" sticker, listing information: style #, color way, size breakdown
**Carton Marking:(as below)**
**TOP Samples:** 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
**Overship/Shortship:** 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
**Remark:** All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | Side Carton Markings: |
|---|---|
| From: Desen Inc. | Carton Size: |
| PO # | Carton Weight: |
| Style # | Carton Number: XXX of XXX |
| Color: | MADE IN CHINA |
| Size ratio: | |
| Total Units: | |

# DESEN INC.

1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

| | |
|---|---|
| PO # | ROS-CY1117 |
| Order Date: | 8/5/2021 |
| X-FACTORY: | 10/7/2021 |
| Delivery in LA | |
| Payment terms: | ROG 30 DAYS |

Ship to  LA

Factory: CHENGYI MAOZHI
Address : 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE

GAUGE: 12GG
CONTENT: 70% POLYESTER/30% NYLON;

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | RATIO | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 2 | 1 | | |
| SWT1035 | Rib Front 2 PCKT Open Cardi 32" | $4.60 | Black | | 700 | 1400 | 1400 | 700 | 4200 | $19,320.00 |
| SWT1035 | Rib Front 2 PCKT Open Cardi 32" | $4.60 | LT Heather Grey | | 600 | 1200 | 1200 | 600 | 3600 | $16,560.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | RATIO | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 2 | 1 | | |
| SWT1033 | Rib Shawl Open Cardi 32" | $4.60 | Black | | 700 | 1400 | 1400 | 700 | 4200 | $19,320.00 |
| SWT1033 | Rib Shawl Open Cardi 32" | $4.60 | True White | | 600 | 1200 | 1200 | 600 | 3600 | $16,560.00 |

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | RATIO | S | M | L | XL | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 2 | 1 | | |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | $4.60 | True White | | 600 | 1200 | 600 | 1200 | 3600 | $16,560.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | $4.60 | Black | | 700 | 1400 | 700 | 1400 | 4200 | $19,320.00 |
| SWT1034 | Rib Shawl Chevron Back Open Cardi | $4.60 | LT Heather Grey | | 600 | 1200 | 1400 | 600 | 3600 | $16,560.00 |

| | | Total | 27000 | $ | 124,200.00 |
|---|---|---|---|---|---|

LABEL: Emerson zoe
Price Ticket : NO
MSRP: $59.99

Size Ratio:    S:M:L:XL=1-2-2-1
Pre-Pacak:    48pcs/ctn= 6 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag  Requirements: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Carton Marking:(as below)
TOP Samples:  2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Overship/Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Remark: All orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Factory will be responsible for the cost of any 2nd inspection

| Main Carton Markings: | | Side Carton Markings: | |
|---|---|---|---|
| Desen Inc. | From: | Carton Size: | |
| PO # | | Carton Weight: | |
| Style # | | Carton Number: XXX of XXX | |
| color : | | MADE IN CHINA | |
| Size ratio: | | | |
| Total Units: | | | |

[signature: Tangyong Wu]
[DESEN INC. CORPORATE SEAL 2017 NEW YORK]

## DESEN INC.
1407 BROADWAY, SUITE 3412, NEW YORK NY 10018 TEL:917-528-0772

| | |
|---|---|
| Factory: | CHENGYI MAOZHI |
| Address: | 48 XINYUAN 2ND ROAD, SONGBOLANG VILLAGE, DALANG TOWN, DONGGUAN CITY, GUANGDONG PROVINCE |

| | |
|---|---|
| PO # | BRU-CY1118 |
| Order Date: | 8/6/2021 |
| X-FACTORY: | |
| Delivery in LA | 9/30/2021 |
| Payment terms: | ROG 30 DAYS |

Ship to   LA

| STYLE NO. | STYLE DESCRIPTION | FOB | COLOR | PS 1 | PM 2 | PL 2 | PXL 1 | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DW1074P | CHERRON BACK OPEN COZY | $ 4.25 | OATMEAL | 200 | 400 | 400 | 200 | 1200 | $ 5,100.00 |
| DW1074P | CHERRON BACK OPEN COZY | $ 4.25 | BLACK | 400 | 800 | 800 | 400 | 2400 | $ 10,200.00 |
| DW1074P | CHERRON BACK OPEN COZY | $ 4.25 | NAVY | 200 | 400 | 400 | 200 | 1200 | $ 5,100.00 |
| DW1154P | JACQUARD OPEN CARDIGAN | $ 4.25 | BKWT PLD | 400 | 800 | 800 | 400 | 2400 | $ 10,200.00 |
| DW1154P | JACQUARD OPEN CARDIGAN | $ 4.25 | BKWT CHEVRON | 400 | 800 | 800 | 400 | 2400 | $ 10,200.00 |
| DW1186P | PEPLUM WST BTN SLV OPEN COZY | $ 4.25 | SLATE BLUE | 200 | 400 | 400 | 200 | 1200 | $ 5,100.00 |
| DW1186P | PEPLUM WST BTN SLV OPEN COZY | $ 4.25 | OATMEAL | 200 | 400 | 400 | 200 | 1200 | $ 5,100.00 |
| DW1186P | PEPLUM WST BTN SLV OPEN COZY | $ 4.25 | LT HTHR GREY | 200 | 400 | 400 | 200 | 1200 | $ 5,100.00 |
| DW1186P | PEPLUM WST BTN SLV OPEN COZY | $ 4.25 | BLUSH | 400 | 800 | 800 | 400 | 2400 | $ 10,200.00 |
| DW1186P | PEPLUM WST BTN SLV OPEN COZY | $ 4.25 | BLACK | 500 | 1000 | 1000 | 500 | 3000 | $ 12,750.00 |
| DW1239P | EMBELLISHED OPEN COZY | $ 4.25 | BLACK | 400 | 800 | 800 | 400 | 2400 | $ 10,200.00 |
| DW1239P | EMBELLISHED OPEN COZY | $ 4.25 | BLUSH | 400 | 800 | 800 | 400 | 2400 | $ 10,200.00 |
| DW1239P | EMBELLISHED OPEN COZY | $ 4.25 | RED | 200 | 400 | 400 | 200 | 1200 | $ 5,100.00 |
| DW1239P | EMBELLISHED OPEN COZY | $ 4.25 | NAVY | 200 | 400 | 400 | 200 | 1200 | $ 5,100.00 |
| Total | | | | | | | | 25800 | $109,650.00 |

CONTENT: 70% POLYESTER 30% NYLON

LABEL: Ella & Emma
Pricticket : NO
MSRP: $59.99

Ratio: PS:PM:PL:PXL=1:2:2:1
Packing: 48 pcs/ctn- 8 Prepack per Carton, 6 pcs Prepack
Each prepack must be in a master polybag
1 style, 1 color, 1 pc into an individual polybag

Individual Polybag Requirements: Each individual polybag printed with warning text
Master Polybag Requirement: with a 3"X 2" sticker, listing information: style #, color way, size breakdown
Samples: 2 piece of each color in size M must be submitted 2 weeks prior to X-China date
Shortship: 5% Maximum overage/shortage, otherwise $2.00 per piece penalty will be charged
Hangtag: Orders must be approved by "Desen Inc" nominated QC inspector prior to shipment
Remark: Factory will be responsible for the cost of any 2nd inspection

From: Desen
Carton Markings:
Carton Size:
Carton Weight:
Carton Number: XXX of XXX
MADE IN CHINA

Side Carton Markings:
Color:

(signature: Yangyong Wu)
(seal: DESEN INC. CORPORATE SEAL 2017 NEW YORK)