# EXHIBIT C

Case 1:24-cv-03388-ER    Document 34-3    Filed 05/20/25    Page 1 of 2

ALERT: SEVERE WEATHER MOVING FROM THE CENTRAL U.S. THROUGH THE EASTERN U.S. …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9214896900597938109744

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:43 pm on December 27, 2024 in CORONA, NY 11368.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

CORONA, NY 11368
December 27, 2024, 1:43 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                                           ⌄

**Return Receipt Electronic**                                                      ⌄

**USPS Tracking Plus®**                                                            ⌄

**Product Information**                                                            ⌄

See Less ⌃