# EXHIBIT E

| | |
|---|---|
| **From:** | Adam Wiener |
| **To:** | Adam Wiener |
| **Subject:** | RE: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. |
| **Date:** | Tuesday, May 20, 2025 8:51:35 PM |

**From:** Aleksander <Aleksander@kasenlawfirm.com>
**Sent:** Wednesday, March 5, 2025 12:21 PM
**To:** Jessica Chen <jessica@mazzolalindstrom.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc.

Good Afternoon Counselor,

Many Thanks for your courtesy.

I was just retained.

I will be making a motion to reopen the case and vacate the judgment, and file an answer nunc pro tunc.

Please advise regarding your position regarding the motion.

While settlement is always an option, and something which should always be discussed, my client would also like to have the opportunity to be heard on the merits.

Many Thanks,

Respectfully,

*Aleksander B. Milch, Esq.*
**THE KASEN AND LIU LAW FIRM, PLLC**

136-33 37th Avenue, #9C
Flushing, New York 11354
718-337-8012

**THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL**
*IMPORTANT NOTICE TO EMAIL RECIPIENTS:*
*DO NOT read, copy, or disseminate this communication unless you are the intended addressee.*
*This email communication contains confidential and/or privileged information intended only for the addressee. Anyone who receives this email by error should treat it as confidential and is asked to call The Kasen Law Firm, PLLC at 718-337-8012 or reply by email to* contact@kasenlawfirm.com*.*

*This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law.*

*Any reliance on the information contained in this correspondence by someone who has not entered*

*into a fee agreement with The Kasen Law Firm, PLLC is taken at the reader's own risk.*

*According to Federal Law, 8 U.S.C. 1305, all non-citizens must report any change of address to USCIS and EOIR (if applicable) within ten (10) days of such address change.*

---

**From:** Jessica Chen <jessica@mazzolalindstrom.com>
**Sent:** Monday, March 3, 2025 3:52 PM
**To:** Aleksander <Aleksander@kasenlawfirm.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc.

Dear Mr. Milch,

We note that you filed an appearance in this action but have taken no action. Our client is amenable to settling the matter, but, as you would expect, since we already have a judgment against your client, the ball is in your court to make an offer. We have information subpoenas and restraining notices ready to go. If your client is going to look for a significant discount off the judgment, we'll need to see financials – bank statements for the past year, tax returns for the past three years, and a schedule of assets.

We look forward to hearing from you.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com   www.mazzolalindstrom.com

**Disclaimer -** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.