# EXHIBIT G

ALERT: SEVERE WEATHER MOVING FROM THE CENTRAL U.S. THROUGH THE EASTERN U.S. ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701521101303

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 4:24 pm on April 28, 2025 in NEW YORK, NY 10019.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10019
April 28, 2025, 4:24 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                      ⌄

**USPS Tracking Plus®**                                       ⌄

**Product Information**                                       ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs