# EXHIBIT H

**CHASE** ⬡

Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

Monday, May 05, 2025

MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS 2ND FLOOR
NEW YORK, NY 10019

## RE: DONGGUAN CHENG ONE CO LTD v. DESEN INC, Index No.: 124CV03388ER

JPMorgan Chase Bank, N.A is in receipt of your Info Sub With RN against the following debtor(s): DESEN INC

Accounts which are held:

**Account Number**
0091

**Present Balance**
9596.33

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including without limitation: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

Memo:

## Answers for the Information Subpoena