# EXHIBIT I

Case 1:24-cv-03388-ER    Document 34-9    Filed 05/20/25    Page 1 of 2



Citi Legal Support
C/O Legal Services Intake Unit
5800 S. Corporate Place, MC 451
Sioux Falls, SD  57108
1-866-582-6249
Speech/hearing impaired dial TTY at 711

May 8, 2025

MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS, 2ND FLOOR
NEW YORK, NY 10019

Reference:   LSI-05052025-1280996/PS /INDEX # 124CV03388ER
DONGGUAN CHENG ONE CO LTD v. DESEN INC

To whom it may concern:

I am authorized to provide the following information in response to the attached service:

- [X] Citibank is holding funds in the amount of $1,731.61 towards this service.
- [ ] Citibank is holding funds in the amount of $0.00 for a prior service.
- [X] Citibank has frozen all responsive accounts located.
- [ ] Citibank has located and sealed a Safe Deposit Box.
- [ ] The accounts frozen include an IRA/Retirement Plan account.
- [ ] A Turnover/Court Order is required to take possession of the funds in the following account(s) for the reasons listed below:

  ___ The funds being held include funds on deposit in accounts located outside of the state of [Court State].

| Account # Ending In | Amount Held | State of Residence | State Account Located |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

  ___ Joint Accounts

| Account # Ending In | Amount Held | Account Holders | State of Residence | State Account Located |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

- [ ] One or more of the accounts identified received benefits protected under 31 CFR 212 and are not eligible for continuing garnishment.
- [ ] Other: [provide explanation]