IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x     Civil Action No.: 1:24-cv-03388-ER

Dongguan Cheng One Co., Ltd.,

                    Plaintiff / Judgment Creditor,     **Order to Show Cause for**

   -against-     **Contempt Due to Failure to**

                                                    **Comply with Information Subpoena**

Desen Inc.,

                   Defendant / Judgment Debtor.
-------------------------------------------------------------------x

Yangyang Wu,

                Contemnor.
-------------------------------------------------------------------x

Upon the declaration dated December 19, 2025 of Shan (Jessica) Chen, counsel for plaintiff/judgment creditor Dongguan Cheng One Co., Ltd., together with the papers annexed thereto, it appearing that Yangyanng Wu, member and principal of defendant/judgment debtor Desen Inc., or otherwise having control over and personal knowledge of whereabouts of the assets of Desen Inc., has willfully failed and refused to respond to plaintiff's information subpoena dated March 28, 2025 and served on April 18, 2025, seeking information as to the whereabouts of the defendant/judgment debtor's assets, it is hereby

ORDERED, that contemnor Yangyang Wu shall show cause before the Honorable Edgardo Ramos, United States District Judge, in Courtroom 619, United States Courthouse, 40 Foley Square, New York, NY on January 27, 2026, at 11:30 a.m.

1.      Why an Order should not be made and entered holding her in civil contempt of court for willful failure to respond to plaintiff's information subpoena;

2.      Why said contemnor should not be ordered to pay the reasonable attorney fees, costs, and expenses incurred by plaintiff/judgment creditor in bringing this motion; and

3.      Why plaintiff/judgment creditor Dongguan Cheng One Co., Ltd. should not have such other and further relief as may be proper.

1

2

SUFFICIENT REASON APPEARING THEREFOR, it is further

ORDERED that service of this order, and the accompanying supporting papers, shall be valid, if made via personal service upon counsel for defendant/judgment creditor Desen Inc. on or before December 31, 2025, and via email upon Yangyang Wu at email address yangyangwu@deseninc.com on or before said date; and it is further

ORDERED that responsive papers, if any, are filed by January 20, 2026.

ORDERED this 23 day of
December, 2025

_____
Edgardo Ramos, USDJ-SDNY
New York, New York