**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------------------X**

| | |
|---|---|
| **DONGGUAN CHENG ONE CO., LTD.,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **1:24-CV-03388** |
| **-against-** | **<u>AFFIRMATION</u>** |
| | **<u>IN RESPONSE</u>** |
| **DESEN INC.,** | |
| **Defendant.** | |

**------------------------------------------------------------------------X**

**STATE OF NEW YORK:** }
            **SS:** }
**COUNTY OF QUEENS:** }

I, **ALEKSANDER B. MILCH, ESQ.**, an attorney duly admitted to practice law before the Southern District of New York, over the age of eighteen years old, and not a party to this action, make the following statement in response to this Order to Show Cause, which I affirm to be true under the penalties of perjury:

1. I am an attorney duly admitted to practice law before the Southern District of New York, and employed as an attorney with The Kasen and Liu Law Firm, PLLC ("Kasen").

2. I am fully familiar with the facts and circumstances of this case based on my review of the office file maintained by Kasen, and my past communications with a representative of the defendant, Desen Inc., Mrs. Yangyang Wu.

3. Kasen has represented the defendant, Desen Inc.**,** in this action, having been retained on or about February 17, 2025, but by now, has lost contact with Mrs. Wu.

4. The instant action was initiated by the plaintiff, Dongguan Cheng One Co., Ltd., as against the defendant, seeking to recover damages for unpaid invoices for goods sold, namely

articles of clothing, intended by defendant, Desen Inc., to be sold to retailers in the U.S. Dkt. 1.

5. Defendant failed to respond or otherwise appear, and judgment was entered on default. Dkt. 28.

6. Defendant, by the undersigned, previously made a motion by Order to Show Cause, to vacate its default (Dkt. 31), which was opposed by plaintiff (Dkt. 33-34), and denied by this Court (Dkt. 38).

7. On June 5, 2025, at the close of oral argument, the undersigned did indeed request that the decision be briefly held in abeyance to allow for settlement negotiations, and plaintiff's counsel conditioned the same on a response to their information subpoena.

8. Thereafter, the undersigned did forward the subpoena with a translation of the same in Mandarin to Mrs. Yangyang Wu.  A copy of the same is attached hereto as Exhibit A.

9. The following is a summary of the main points in my notes.

10. On June 5, 2025, I provided  a report by email to Mrs. Wu as to what had transpired before this Court.

11. On June 6, 2025, I requested a staff member at my office prepare a translation of the subpoena in Mandarin.  She did so, and sent it to Mrs. Wu by email that afternoon, copying me.

12. I followed up with Mrs. Wu on June 10, 2025 by email message and telephone message.

13. One June 11, 2025, I reached Mrs. Wu by telephone.  I spoke with her, with the aid of an interpreter, and advised that the response was due by June 12, 2025.

14. On June 12, 2025, I sent another email message to Mrs. Wu, both in English and Mandarin, warning her to respond.  I also sent an email to plaintiff's attorneys advising that I had not received a response.

15. On June 18, 2025, I sent another email to Mrs. Wu, directing her to respond to the subpoena.

16. On June 19, 2025, I left another follow up telephone message for Mrs. Wu.  I also sent a follow up email message to plaintiff's attorneys advising that I did not have the response.

17. One June 26, 2025, counsel for plaintiff and defendants filed separate status letters with the Court.  (Dkt. 36 & 37).

18. In the letter by the undersigned (Dkt. 37), it was stated that a response to the information subpoena had not been received and that Mrs. Wu had closed communications with my office.

*I affirm this 20th day of January, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

Dated:  Flushing, New York
          January 20, 2026                              Aleksander B. Milch, Esq.

**CIVIL ACTION NO. 1:24-cv-03388**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**DONGGUAN CHENG ONE CO., LTD.,**

          **Plaintiff,**

      **-against-**

**DESEN INC.,**

          **Defendant.**

---

## AFFIRMATION IN RESPONSE

---

Dated:  Flushing, New York
       January 20, 2026                         Aleksander B. Milch, Esq.

---

**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for Defendant*
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel: (718) 337-8012 Fax: (718) 709-8850

**To:**

**MAZZOLA LINDSTROM, LLP**
*Attorneys for Plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10018