# EXHIBIT A

## CERTIFICATE OF TRANSLATION

I, _____Ting Liu_____ , am competent to translate from
   (*name of translator*)

_____**English**_____ language into **Chinese**    certify that the translation of
(*language*)

     **DESEN INC. Subpoena**

(*names of documents*)

is true and accurate to the best of my abilities.

_____          _____
(*signature of translator*)          Ting Liu
                                      (*typed/printed name of translator*)

     136-33 37th ave., Suite 9B

(*address of translator*)

     Flushing, NY 11354

(*address of translator*)

     718-337-8012

(*telephone number of translator*)

美国纽约南区联邦地区法院

东莞诚一有限公司，                     **民事案件编号：1:24-cv-03388-ER**

             判决债权人，

      -诉-

Desen Inc.，                   **讯问令及提交文件的传票（Subpoena Duces Tecum）**

             判决债务人.

致：（通过挂号邮件送达）

Desen Inc.

地址一：99-03 43rd Avenue, Corona, Queens, New York 11368, 美国

地址二：10312 51st Avenue, Corona, Queens, New York 11368, 美国

地址三：1407 Broadway, Suite 3412, New York, New York 10018, 美国

致意：

鉴于，在美国纽约南区联邦地区法院（以下简称"法院"）的案件中，由原告东莞诚一有限公司（Dongguan Cheng One Co., Ltd.）诉被告 Desen Inc.，法院于 2025 年 1 月 22 日作出判决，判决原告东莞诚一有限公司（"判决债权人"）胜诉，并判被告 Desen Inc.（"判决债务人"）支付：(a) $873,260，用于支付东莞诚一有限公司向 Desen Inc.出售但未支付的货款；(b) 从发票到期日起按法定利率计算的判决前利息，加上诉讼费用与支出$519.79，合计为$873,779.79。上述金额连同期利息自判决日起至今仍未支付。该判决已于 2025 年 1 月 22 日提交至法院存档

鉴于，此传票所指之公司在纽约皇后区登记有营业地址；

且鉴于，此传票所指之人为判决债务人的成员、董事或高管；

现据此，**命令您**在收到本传票及所附问卷之日起七日内，书面并在宣誓下，逐项完整回答问卷中的每一个问题，每一个答复应对应所回答的问题，并将答复连同原始问题一并返回。

此外，**命令您**提供问卷附表"A"中所列之文件。

特此通知：这是一次追讨债务的行动，您提供的任何信息都将用于此目的。

特此进一步通知，虚假宣誓或不遵守本传票将被视为藐视法庭并受到处罚。

日期：纽约，纽约

2025 年 3 月 28 日

MAZZOLA LINDSTROM. LLP

By: Shan (Jessica)Chen

1350 Avenue of the Americas, 2nd Floor. Room 216

New York. New York 10019

(d) 646-416-6280

(m)347-652-9046

jessica amazzolalindstrom.com

判决债权人律师

美国纽约南区联邦地区法院

东莞诚一有限公司，                           **民事案件编号：1:24-cv-03388-ER**

判决债权人，

　　　-诉-

Desen Inc.，                                   **关于信息传票的问答**

判决债务人.

收件人：（通过挂号信）
Desen Inc.
99-03 43rd Avenue
Corona, New York 11368，美国

本人代表 Desen Inc.，即本信息传票及其附带问题原件和副本的接收方。以下回答均基于本人所知信息或从"判决债务人"Desen Inc.的记录中获得。

问题一：请提供参与起草本问卷答案的所有人员的姓名和地址。

_____
_____

问题二：请列出判决债务人所有成员、董事和高级职员的姓名及联系信息。

_____
_____

问题三：请列出所有在判决债务人拥有所有权权益的个人的姓名、地址和电话号码。

_____
_____

问题 4：请列出自 2020 年 1 月 1 日起，所有以 Desen Inc.名称开立或曾经开立的银行账户的名称、地址和账号。

_____
_____

问题 5：Desen Inc.的雇主识别号码（EIN）是什么？如果没有自己的 EIN，是否以其他实体的 EIN 运营？如果是，请提供该实体的名称及其 EIN 号码。

_____
_____

问题 6：请提供自 2020 年 1 月 1 日起为判决债务人提供服务的所有会计师、簿记员、税务顾问或财务顾问的姓名、职务及联系方式。

_____
_____

问题 7：请列明判决债务人所拥有的每笔债务，包括所有应收账款。请提供债务人的姓名和地址及欠款金额。

_____
_____

问题 8：判决债务人是否从以下任何来源获得资金？如果是，请以如下格式列出金额、频率以及资金来源的名称和地址：类型、金额、付款频率、资金来源名称及地址。

贷款还款：
是（Yes）：　　　　　否（No）：

_____
_____

租金收入：
是（Yes）：　　　　　否（No）：

_____
_____

银行利息：
是（Yes）：　　　　　否（No）：

_____
_____

问题 9：判决债务人是否对任何价值超过 1,000 美元的担保品拥有担保权益（security interest）？
是（Yes）：
否（No）：

如果是，请说明担保品的类型、担保品所有人、担保品的大致价值、判决债务人取得该担保权益的具体情况，以及担保品的所在地。

_____
_____

问题 10：请列出您所知的所有已对判决债务人作出的其他判决，包括：债权人名称、律师姓名、应付款金额以及法院案号。

_____
_____

问题 11：关于判决债务人曾租赁的物业（地址为：1407 Broadway, Suite 3412, New York, NY 10018），请说明目前承租该地址的实体是否与判决债务人有关联；如有关联，请说明判决债务人与该实体之间的关系性质。

_____
_____

本人在此声明，于____年____月____日，在纽约州法律规定的作伪证将受到罚款或监禁等处罚的前提下，郑重宣誓上述内容真实无误。本人亦理解本文件可能会在法律诉讼或程序中提交至法院。

（打印或打字填写姓名）

_____

附表 A
定义与说明

(1) "文件"（documents）一词应按最广泛的含义解释，包括但不限于任何手写、打字、打印、转录、压印、记录、图形或其他形式的材料，无论是通过纸张、卡片、磁带、光盘、磁带带、图表、胶片（包括缩微胶片或缩微卡片）、计算机存储设备或任何其他媒介制作、复制或保存的内容。

该定义包括但不限于以下形式的材料：书籍、报告、账目、备忘录、研究报告、陈述、讲话稿、记录稿、笔记本、协议、笔记、摘要、信函、电话记录、录音带、办公日历、日记、工作日志、草稿、合同、协议、传真及其确认件、文章、期刊、财务记录、工作文件或任何其他形式的视觉或听觉记录。不论上述材料是由您本人或其他个人或实体制作、发布或生成的，只要是您实际或推定持有、保管或控制的，或您知情的材料，均应视为"文件"。

此外，任何带有批注、插入、边注或其他变动的文档，应视为一份独立文件。

(2) "和"（and）与"或"（or）应根据需要分别作并列或合并解释，以使所有可能本应被排除在要求范围之外的回复纳入本要求的范围之内。

(3) 单数形式包括复数，反之亦然，除非语境明确要求仅为单数或复数。对男性性别的提及包括女性性别，反之亦然。

(4) "涉及或与……相关"（referring or relating to）指关于、证明、提及、与……有关、因……而产生、与……有联系、评论、回应、展示、描述、分析、反映或构成某一事项。

(5) 如果有任何本应作答的文件因主张特权（privilege）而被拒绝提供，请提供一份清单，列出该文件所对应的请求编号，并具体说明：(a) 所主张的特权类型；(b) 主张该特权的依据；(c) 被扣留文件的信息，包括：(i) 文件的日期；(ii) 文件主题的描述；(iii) 所有起草、讨论、接收、查看或以其他方式持有或控制该文件的人员的姓名和地址。

(6) 如果有任何本应作答的文件已遗失或被销毁，请说明并列出该文件所对应的请求编号，并具体说明：(a) 文件的主题和内容；(b) 文件的日期；(c) 所有起草、讨论、接收、查看或以其他方式持有或控制该文件的人员的姓名和地址；(d) 文件遗失或销毁的日期、地点、方式、原因和相关情况。

(7) 所要求提供的文件应按照其在正常业务过程中保存的原始状态进行提交。

(8) 除非另有说明，本次文件请求所涵盖的时间范围为 2019 年 1 月 1 日至今。

(9) 对"判决债务人"（Judgment Debtor）的提及应指 Desen Inc.，并包括其任何关联公司、前身实体或其利益继受方。

需提交的文件

您需提交以下文件的真实准确副本：

1. 判决债务人自 2020 年 1 月 1 日起持有或曾持有任何权益的所有银行或其他金融账户对账单，包括但不限于作废支票、支票簿登记簿、总账、储蓄账户存折、定期存单、存款收据及所有其他相关文件。

2. 关于判决债务人自 2020 年 1 月 1 日起持有或曾持有权益或有权访问的任何保险箱的位置及内容的记录。

3. 关于判决债务人自 2020 年 1 月 1 日起全部或部分拥有或租赁的任何房地产（包括合作住房公司的权益）的文件。

4. 关于判决债务人自 2020 年 1 月 1 日起从中获得收入的所有股票、合伙、注册名称或"以…名义经营"证书，或任何其他商业或活动相关文件。

5. 提交判决债务人 2020 年至 2025 年的 K-1 表格。

6. 所有证明或涉及判决债务人及其关联公司自 2020 年 1 月 1 日起拥有的汽车、船只、飞机或其他车辆或机械的所有权证、登记证或其他文件。

7. 判决债务人任何成员、董事、高管或员工自 2020 年 1 月 1 日起为判决债务人业务使用的信用卡、借记卡或其他信用额度账户（包括公司或商务卡）的月度对账单。

8. 判决债务人自 2020 年 1 月 1 日起作为当事方签署的所有合同或其他协议的副本。

9. 关于判决债务人自 2020 年 1 月 1 日起任何资产出售或转让的文件。

10. 关于判决债务人自 2020 年 1 月 1 日起拥有或曾拥有权益的任何不动产或动产（单项或组合价值 100 美元及以上）的评估报告或其他相关文件。

11. 判决债务人自 2020 年 1 月 1 日起签署或出具的所有财务报表、贷款申请或类似文件。

12. 识别判决债务人及/或其关联公司的文件。

13. 关于判决债务人资产转移的文件。

14. 关于以判决债务人名义或为其利益持有的现金及现金等价物的文件。

15. 关于判决债务人负债的文件，包括但不限于信用卡账单。

16. 关于判决债务人对其他资产或实体的直接或间接所有权或其他权益（包括但不限于或有权益）的文件。

17. 关于判决债务人对房地产的直接或间接权益的文件，包括但不限于所有权、租赁权或其他权益，如契约、信托、租赁合同或合作社股份中所反映的商业或住宅房地产权益。

18. 关于判决债务人对动产权益的文件，包括但不限于美术和装饰艺术品、收藏品（包括但不限于硬币、邮票及其他有收藏市场的财产）、家具、珠宝（包括但不限于手表）、宝石（切割或未切割）、贵金属、武器、汽车、飞机、水上交通工具、家畜（包括纯种赛马或其他赛马）、书籍、乐器、地毯、挂毯及纺织品。

19. 关于判决债务人其他资产的文件，包括但不限于判决债务人拥有债权的抵押贷款、本票及其他票据。

20. 其他未在上述条款中提及，但判决债务人拥有直接或间接所有权的财产或资产相关的所有文件。

21. 足以识别判决债务人所在地或营业地址的文件。

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Dongguan Cheng One Co., Ltd.,

          Judgment creditor,

    -against-

Desen Inc.,

          Judgment debtor.

**Civil Action No.: 1:24-cv-03388-ER**

**Information Subpoena and Subpoena Duces Tecum**

---

To:    (Via Certified Mail)

    Desen Inc.

    99-03 43rd Avenue, Corona, Queens, New York 11368, United States of America

    10312 51st Avenue, Corona, Queens, New York 11368, United States of America

    1407 Broadway, Suite 3412, New York, New York 10018, United States of America

### Greetings:

**WHEREAS**, in an action in the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (the "Court"), by and between the Plaintiff Dongguan Cheng One Co., Ltd., and the Defendant Desen Inc., a judgment was entered in favor of Plaintiff Dongguan Cheng One Co., Ltd. (the "Judgment Creditor") and against Defendant Desen Inc. (the "Judgment Debtor"), on 1/22/2025, for "(a) $873,260 for the unpaid goods sold by Dongguan Cheng One Co., Ltd. to Desen Inc.; and (b) for prejudgment interest at the statutory rate from the due dates of invoices, plus costs and disbursements of $519.79," for a total sum of $873,779.79, which amount, together with interest thereon from the date of the judgment, remains due and unpaid, and which judgment was filed in the Court on 1/22/2025;

**WHEREAS**, the company to which this subpoena is directed maintains a registered address of business in Queens County, New York; and

**WHEREAS**, the person to whom this subpoena is directed is or was a member, director, or officer of the Judgment Debtor;

**NOW THEREFOR, WE COMMAND YOU** that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying this subpoena, each answer referring to the question to which it responds, and that you return the answers together with the original questions within seven days after your receipt of the questions and this subpoena.

1

**NOW THEREFOR, WE FURTHER COMMAND YOU** to provide the documents listed in Schedule "A" to the accompanying questionnaire.

**TAKE NOTICE** that this is an attempt to collect a debt and any information obtained from you will be used for that purpose.

**TAKE FURTHER NOTICE** that false swearing or failure to comply with this subpoena is punishable as a contempt of court.

Dated:  New York, New York
       March 28, 2025

MAZZOLA LINDSTROM, LLP

By:   Shan (Jessica) Chen
1350 Avenue of the Americas, 2nd Floor,
Room 216
New York, New York 10019
(d) 646-416-6280
(m) 347-652-9046
jessica@mazzolalindstrom.com

*Attorneys for Judgment Creditor*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dongguan Cheng One Co., Ltd., <br><br>                Judgment creditor, <br><br>    -against- <br><br> Desen Inc., <br><br>               Judgment debtor. | **Civil Action No.: 1:24-cv-03388-ER** <br><br><br> **Questions and Answers in Connection with Information Subpoena** |

To:    (Via Certified Mail)

       Desen Inc.
       99-03 43rd Avenue
       Corona, New York 11368, United States of America


       I represent Desen Inc., the recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth below are made from information within my knowledge or obtained from the records of the "Judgment Debtor" Desen Inc.

QUESTION NO. 1: Provide the names and addresses of each person who participated in the drafting of the answers to these questions.

_____

_____

_____

_____


QUESTION NO. 2: List the names and contact information for all members, directors, and officers of the Judgment Debtor.

_____

_____

_____

_____


QUESTION NO. 3: List the names, addresses and telephone numbers of all individuals having an ownership interest in the Judgment Debtor.

3

_____
_____
_____
_____

QUESTION NO. 4: List the names, addresses and account numbers of all bank accounts on which the name Desen Inc. appears or has appeared since January 1, 2020.

_____
_____
_____
_____

QUESTION NO. 5: What are Desen Inc.'s Employment Identification Numbers (EIN)? If they do not have their own EIN, does they operate under another entity's EIN, and, if so, what is the name of that entity and what is that entity's EIN?

_____
_____
_____
_____

QUESTION NO. 6: Provide the names, title, and contact information of each accountant, bookkeeper, or tax or financial advisor who has provided services to the Judgment Debtor since January 1, 2020.

_____
_____
_____
_____

4

QUESTION NO. 7: Identify each debt, including all accounts receivable, owed to the Judgment Debtor. Provide the name and address of the debtor and the amount owed.

_____

_____

_____

_____

QUESTION NO. 8: Does the Judgment Debtor receive money from any of the following sources? If yes, list the amount, how often, and the name and address of the source in the following format: Type, Amount, and Frequency of Payments, Name & Address of Sources.

Loan Payments:

Yes: _____        No: _____

_____

_____

_____

_____

Rental Income:

Yes: _____        No: _____

_____

_____

_____

_____

Bank Interest:

Yes: _____        No: _____

_____

_____

_____

_____

QUESTION NO. 9: Does the Judgment Debtor maintain a security interest in any collateral valued in excess of $1,000.00?

Yes: _____        No: _____

If yes, list the type of collateral, the owner of the collateral, the approximate value of the collateral, the circumstances under which the Judgment Debtor has been given a security interest in the collateral, and the location of the collateral.

_____

_____

_____

_____

**QUESTION NO. 10:** Set forth all other judgments that you are aware of that have been entered against the Judgment Debtor and include: Creditor's Name, Name of Attorney, Amount Due, and Court Index Number.

_____
_____
_____
_____
_____

**QUESTION NO. 11:** With regard to the property formerly leased by Judgment Debtor, located at 1407 Broadway, Suite 3412, New York, NY 10018, identify whether the entity now leasing that address is affiliated with the Judgment Debtor, and if so, state the nature of the relationship between the Judgment Debtor and that entity.

_____
_____
_____
_____

I affirm this ____ day of _____, ____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

(PRINT OR TYPE NAME)

_____

6

## Schedule A

### Definitions and Instructions

(1)     The word "documents" is used in the broadest possible sense and includes, but is not limited to, any handwritten, typewritten, printed, transcribed, impressed, recorded, graphic, or other matter whether produced, reproduced or stored on paper, cards, tapes, disks, belts, charts, films (including microfilm or microfiche), computer storage devices or any other medium and shall include, but not be limited to, matter in the form of books, reports, accounts, memoranda, studies, statements, speeches, transcripts, notebooks, agreements, notes, summaries, correspondence, telephone logs, tape recordings, desk calendars, diaries, day books, drafts, contracts, agreements, fax transmittals and confirmations, articles, journals, financial records, work papers or any other form of visual or aural recordation in your actual or constructive possession, custody or control, or of which you have knowledge, whether prepared, published or released by you or by any other person or entity. Without limiting the foregoing, any document which includes notations, insertions, marginal notes or other variations shall be considered a separate document.

(2)     The words "and" and "or" shall be construed either disjunctively or conjunctively as is necessary to bring within the scope of the specification all responses that might otherwise be construed to be outside the scope.

(3)     Reference to the singular includes the plural, and vice versa, except where the context clearly requires otherwise. References to masculine gender include feminine gender and vice versa.

(4)     The term "referring or relating to" means concerning, evidencing, referring to, relating to, arising from, connected with, commenting on, responding to, showing, describing, analyzing, reflecting or constituting.

(5)     If a document otherwise responsive to this demand is withheld on the ground of privilege, furnish a list identifying the request for which the document is being withheld and specify: (a) the type of privilege asserted; (b) the basis upon which the privilege is claimed; (c) the document withheld, including (i) the date of the document, (ii) a description of the subject matter of the document, (iii) the name(s) and address(es) of each person who prepared, discussed, received, viewed or otherwise possessed or controlled the document.

(6)     If a document otherwise responsive to this demand has been lost or destroyed, so state and identify the request to which the document relates and specify (a) the subject matter and substance of the document; (b) the date of the document; (c) the name(s) and address(es) of each person who prepared, discussed, received, viewed or otherwise possessed or controlled the document; and (d) the date, place, manner, reason and circumstances of said loss or destruction.

7

(7)     The documents called for by this demand shall be produced as they have been kept in the usual course of business.

(8)     The time period covered by this document request, unless otherwise noted, is January 1, 2019 to the present.

(9)     References to the Judgment Debtor shall mean Desen Inc. and also include any affiliates, predecessors to, or successors-in-interest of the Judgment Debtor.

## Documents to be Produced

You are required to produce true and correct copies of the following:

1.     All bank or other financial account statements of the Judgment Debtor, including, but not limited to, canceled checks, check book registers, general ledger, savings account passbooks, certificates of deposit, deposit receipts, and all other documents concerning accounts in which the Judgment Debtor has or had any interest since January 1, 2020.

2.     Records relating to the location and contents of any safe deposit box in which the Judgment Debtor has or had any interest or has had access since January 1, 2020.

3.     Documents concerning any real estate (including any interest in a cooperative housing corporation) owned or leased in whole or in part by Judgment Debtor since January 1, 2020.

4.     All stock, partnership, assumed name, or d/b/a certificates, or any other documents concerning any business or other activity from which Judgment Debtor has derived income since January 1, 2020.

5.     Produce the K1s of the Judgment Debtor for the years 2020 through 2025.

6.     All titles, registrations, or other documents evidencing or concerning any automobiles, boats, planes, or other vehicles or machinery owned the Judgment Debtor, and any affiliated company, since January 1, 2020.

7.     Monthly credit card, debit card, or other credit line or debit account statements (including corporate or business cards) for any card used for by any member, director, officer or employee of the Judgment Debtor with respect to the business of the Judgment Debtor since January 1, 2020.

8.     Copies of all contracts or other agreements to which the Judgment Debtor is a party, since January 1, 2020.

9.     Documents concerning any sale or assignment of any assets of the Judgment Debtor since January 1, 2020.

8

10.     Appraisals or any other documents concerning any real property or chattel property owned by the Judgment Debtor (having a value of $100 or more per item or collection), or in which the Judgment Debtor has had an interest, since January 1, 2020.

11.     All financial statements, loan applications, or any similar document executed by, or issued by, the Judgment Debtor since January 1, 2020.

12.     Documentation identifying the Judgment Debtor and/or its affiliates.

13.     Documents concerning the transfer of assets of Judgment Debtor.

14.     Documents concerning cash and cash equivalents held in the name or for the benefit of Judgment Debtor.

15.     Documents concerning the liabilities of Judgment Debtor, including but not limited to, credit card statements.

16.     Documents concerning the direct or indirect ownership or other interest (including, but not limited to, contingent interests) of Judgment Debtor in other assets or entities.

17.     Documents concerning the direct or indirect interests of Judgment Debtor in real property, including, but not limited to, ownership, leasehold or other interests in commercial or residential real property, as may be reflected in deeds, trusts, leases or shares in cooperative corporations.

18.     Documents concerning the interest of Judgment Debtor in personal property including, but not limited to, fine and decorative art, collectibles (including, but not limited to coins, stamps, and other property for which there is a market among collectors), furniture, jewelry (including, but not limited to, watches), gems (cut and uncut), precious metals, weapons automobiles, aircraft, watercraft, livestock (including thoroughbred or other racing horses), books, musical instruments, rugs, tapestries, and textiles.

19.     Documents concerning other assets of Judgment Debtor, including but not limited to, debts or obligations owed to Judgment Debtor in the form of mortgages, promissory notes, and other instruments.

20.     All other documents concerning property or assets not referred to above in which Judgment Debtor has a direct or indirect ownership interest.

21.     Documents sufficient to identify the location or business address of Judgment Debtor.