IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x     Civil Action No.: 1:24-cv-03388-ER
Dongguan Cheng One Co., Ltd.,

                   Plaintiff / Judgment Creditor,     **Certificate of Service**

      -against-

Desen Inc.,

                  Defendant / Judgment Debtor.
---------------------------------------------------------------x
Yangyang Wu,

              Contemnor.
---------------------------------------------------------------x

I, Shan (Jessica) Chen, hereby certify as follows:

1. I am an attorney with the Mazzola Lindstrom, LLP law firm, counsel for plaintiff / judgment creditor Dongguan Cheng One Co., Ltd.

2. I submit this certificate to confirm service of the Court's Order dated December 23, 2025 and the accompanying supporting papers.

3. On December 24, 2025, I emailed counsel for Defendant/Judgment Debtor Desen Inc., Aleksander Milch, Esq., to inquire whether he would waive personal service and accept service by email. In that same email, I provided the Court's Order dated December 23, 2025 and the accompanying supporting papers.

4. On December 26, 2025, Mr. Milch replied confirming receipt and accepting service by email, stating: "Received. Thank you." The email chain is attached hereto as Exhibit A.

5. On December 24, 2025, I also served the Court's Order dated December 23, 2025 and the accompanying supporting papers on Contemnor Yangyang Wu via email at yangyangwu@deseninc.com. The email was successfully delivered. The email is attached hereto as Exhibit B.

6. Accordingly, service of the Court's Order dated December 23, 2025 and the

accompanying supporting papers was successfully completed upon counsel for Defendant /

Judgment Debtor Desen Inc. and upon Contemnor Yangyang Wu.


Dated:  New York, New York

January 26, 2026

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

_____
Shan (Jessica) Chen
*Counsel for plaintiff Dongguan*
*Cheng One Co., Ltd.*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com

**EXHIBIT A**

1/26/26, 2:42 PM
Case 1:24-cv-03388-ER Document 46 Filed 01/26/26 Page 4 of 7
1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. - Jessica Chen Outlook

 **Outlook**

---

## Re: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc.

**From** Aleksander <Aleksander@kasenlawfirm.com>

**Date** Fri 12/26/2025 2:23 PM

**To** Jessica Chen <jessica@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>

**Cc** Richard Lerner <Richard@mazzolalindstrom.com>; Antonio Caquias <antonio@mazzolalindstrom.com>

Received. Thank you.

Aleks Milch
The Kasen and Liu Law Firm, PLLC

Скачайте Outlook для iOS

---

**От:** Jessica Chen <jessica@mazzolalindstrom.com>
**Отправлено:** Wednesday, December 24, 2025 2:14:42 PM
**Кому:** Aleksander <Aleksander@kasenlawfirm.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Копия:** Richard Lerner <Richard@mazzolalindstrom.com>; Antonio Caquias <antonio@mazzolalindstrom.com>
**Тема:** 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc.

Hi Mr. Milch,

I hope all is well.

Please let us know whether you will waive personal service and accept service by email. I have attached the documents here for your review in case you are willing to accept email service.

Merry Christmas and Happy New Year!


Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** Jessica Chen
**Sent:** Thursday, June 26, 2025 4:55 PM
**To:** Aleksander <Aleksander@kasenlawfirm.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc.

**EXHIBIT B**

 **Outlook**

---

## Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Order to Show Cause

---

**From** Jessica Chen <jessica@mazzolalindstrom.com>

**Date** Wed 12/24/2025 2:20 PM

**To** yangyangwu@deseninc.com <yangyangwu@deseninc.com>

**Cc** Richard Lerner <Richard@mazzolalindstrom.com>

📎 2 attachments (283 KB)
Order to Show Cause.pdf; Affirmation in Support of OTSC.pdf;


Dear Ms. Wu,

Please see below and attached the court order and the accompanying supporting papers.


Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, December 23, 2025 4:18 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Order to Show Cause


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

1/26/26, 2:41 PM
Case 1:24-cv-03388-ER Document 46 Filed 01/26/26 Page 7 of 7
SDNY CM/ECF NextGen Version 1.8-SDNY Dongguan Cheng One Co., Ltd. v. Desen Inc. Order to Show Cause - Jessica Chen - Outlook

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 12/23/2025 at 4:18 PM EST and filed on 12/23/2025
**Case Name:** Dongguan Cheng One Co., Ltd. v. Desen Inc.
**Case Number:** 1:24-cv-03388-ER
**Filer:**
**WARNING: CASE CLOSED on 01/22/2025**
**Document Number:** 44

**Docket Text:**
**ORDER TO SHOW CAUSE FOR CONTEMPT DUE TO FAILURE TO COMPLY WITH INFORMATION SUBPOENA: ORDERED, that contemnor Yangyang Wu shall show cause before the Honorable Edgardo Ramos, United States District Judge, in Courtroom 619, United States Courthouse, 40 Foley Square, New York, NY on January 27, 2026, at 11:30 a.m. 1. Why an Order should not be made and entered holding her in civil contempt of court for willful failure to respond to plaintiff's information subpoena; 2. Why said contemnor should not be ordered to pay the reasonable attorney fees, costs, and expenses incurred by plaintiff/judgment creditor in bringing this motion; and 3. Why plaintiff/judgment creditor Dongguan Cheng One Co., Ltd. should not have such other and further relief as may be proper. SUFFICIENT REASON APPEARING THEREFOR, it is further ORDERED that service of this order, and the accompanying supporting papers, shall be valid, if made via personal service upon counsel for defendant/judgment creditor Desen Inc. on or before December 31, 2025, and via email upon Yangyang Wu at email address yangyangwu@deseninc.com on or before said date; and it is further ORDERED that responsive papers, if any, are filed by January 20, 2026. ORDERED. Show Cause Hearing set for 1/27/2026 at 11:30 AM in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos. (Signed by Judge Edgardo Ramos on 12/23/2025) (jca)**

**1:24-cv-03388-ER Notice has been electronically mailed to:**

Richard E. Lerner    richard@mazzolalindstrom.com

Aleksander Boleslaw Milch    aleksander@kasenlawfirm.com

Shan Chen    jessica@mazzolalindstrom.com

**1:24-cv-03388-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/23/2025] [FileNumber=34094728
-0] [a74ec3972b1e290c709f6df941971a054560cbdef41cb8f142dd6e3e6503fa6c9
0d555cb1442be40a50e8d7ff19cf4db477d5f0a2e250d651040f59538429a11]]