IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    Civil Action No.: 1:24-cv-03388-ER

Dongguan Cheng One Co., Ltd.,

              Plaintiff / Judgment Creditor,    **[PROPOSED] ORDER FINDING CIVIL CONTEMPT AND COMPELLING COMPLIANCE**

    -against-

Desen Inc.,

              Defendant / Judgment Debtor.
-----------------------------------------------------------------x

Yangyang Wu,

              Contemnor.
-----------------------------------------------------------------x

IT IS HEREBY ORDERED that contemnor Yangyang Wu is FOUND IN CIVIL CONTEMPT of this Court for her willful failure to comply with Plaintiff/Judgment Creditor Dongguan Cheng One Co., Ltd.'s post-judgment information subpoena and this Court's prior Orders.

IT IS FURTHER ORDERED that Ms. Wu shall purge her contempt by serving complete and sworn written responses, together with all responsive documents, to Plaintiff/Judgment Creditor's information subpoena no later than seven days from the date of this Order by emailing Plaintiff/Judgment Creditor's counsel.

IT IS FURTHER ORDERED that for each day after the deadline that Ms. Wu fails to purge her contempt, she shall be subject to a coercive monetary sanction of $500 per day, to continue until full compliance is achieved.

IT IS FURTHER ORDERED that Plaintiff/Judgment Creditor Dongguan Cheng One Co., Ltd. is AWARDED its reasonable attorneys' fees and costs incurred in bringing this Order to Show Cause. Plaintiff shall submit a fee application within fourteen days of this Order.

SO ORDERED.

ORDERED this __ day of
_____2026

_____
Edgardo Ramos, USDJ-SDNY

2