IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x    Civil Action No.: 1:24-cv-03388-ER

Dongguan Cheng One Co., Ltd.,

                 Plaintiff / Judgment Creditor,    **[PROPOSED] ORDER**

     -against-

Desen Inc.,

                Defendant / Judgment Debtor.
-------------------------------------------------------------------x

Yangyang Wu,

                Contemnor.
-------------------------------------------------------------------x

WHEREAS, on February 3, 2026, this Court found Yangyang Wu in civil contempt and awarded Plaintiff its reasonable attorneys' fees and costs incurred in bringing the order to show cause, IT IS HEREBY ORDERED that:

1.  Plaintiff is awarded attorneys' fees in the total amount of $14,365.00, payable by Yangyang Wu;

2.  Yangyang Wu shall pay this amount within fourteen days of entry of this order;

3.  This award shall accrue post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this order until paid.

4.  This award is in addition to, and does not alter, Ms. Wu's continuing obligation to comply with this Court's prior orders.

5.  Failure to timely comply with this order may result in additional sanctions.

                ORDERED this ___ day of _____2026

                _____
                Edgardo Ramos, USDJ-SDNY