IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x    Civil Action No.: 1:24-cv-03388-ER
Dongguan Cheng One Co., Ltd.,

                   Plaintiff / Judgment Creditor,    **Certificate of Service**

       -against-

Desen Inc.,

                  Defendant / Judgment Debtor.
-------------------------------------------------------------------x
Yangyang Wu,

                Contemnor.
-------------------------------------------------------------------x

I, Shan (Jessica) Chen, hereby certify as follows:

1. I am an attorney with the Mazzola Lindstrom, LLP law firm, counsel for Plaintiff / Judgment Creditor Dongguan Cheng One Co., Ltd.

2. I hereby submit this Certificate to confirm service of the Court's Order finding civil contempt and compelling compliance, dated February 3, 2026, and Plaintiff / Judgment Creditor Dongguan Cheng One Co., Ltd.'s Application for Attorneys' Fees, together with the Proposed Court Order, filed on February 15, 2026.

3. On February 4, 2026, I served the Court's Order dated February 3, 2026 on Contemnor Yangyang Wu via email at yangyangwu@deseninc.com. The email was successfully delivered. The email is attached hereto as Exhibit A.

4. On February 15, 2026, I served Plaintiff / Judgment Creditor Dongguan Cheng One Co., Ltd.'s e-filed Application for Attorneys' Fees and Proposed Court Order on Contemnor Yangyang Wu via email at yangyangwu@deseninc.com. The email was successfully delivered. The emails are attached hereto as Exhibit B and Exhibit C.

5. Accordingly, service of the Court's Order dated February 3, 2026, and Plaintiff / Judgment Creditor Dongguan Cheng One Co., Ltd.'s Application for Attorneys' Fees, together

1

with the Proposed Court Order filed on February 15, 2026, was successfully effected upon

Contemnor Yangyang Wu.

Dated: New York, New York

February 15, 2026

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

Shan (Jessica) Chen
*Counsel for Plaintiff / Judgment Creditor*
*Dongguan Cheng One Co., Ltd.*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com

2

**EXHIBIT A**

2/15/26, 11:28 PM    Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Contempt Order - Jessica Chen - Outlook

Case 1:24-cv-03388-ER    Document 51    Filed 02/15/26    Page 4 of 11

 **Outlook**

---

## Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Contempt Order

---

**From** Jessica Chen <jessica@mazzolalindstrom.com>

**Date** Wed 2/4/2026 10:26 AM

**To** yangyangwu@deseninc.com <yangyangwu@deseninc.com>

**Cc** Richard Lerner <Richard@mazzolalindstrom.com>

📎 1 attachment (130 KB)

2026.02.04 Desen; contempt order.pdf;

Dear Ms. Wu,

Please see below and attached the Court Order finding civil contempt and compelling compliance.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**

1350 Avenue of the Americas, 2nd Floor, New York, NY 10019

**O +1 646.416.6280  M +1 347.652.9046**

Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, February 4, 2026 9:56 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Contempt Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/4/2026 at 9:55 AM EST and filed on 2/3/2026

**Case Name:**        Dongguan Cheng One Co., Ltd. v. Desen Inc.

**Case Number:**        1:24-cv-03388-ER

2/15/26, 11:28 PM

Case 1:24-cv-03388-ER Document 51 Filed 02/15/26 Page 5 of 11

Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Dasenic. Contempt Order - Jessica Chen - Outlook

**Filer:**
**WARNING: CASE CLOSED on 01/22/2025**
**Document Number:** 48

**Docket Text:**
**ORDER FINDING CIVIL CONTEMPT AND COMPELLING COMPLIANCE: IT IS HEREBY ORDERED that contemnor Yangyang Wu is FOUND IN CIVIL CONTEMPT of this Court for her willful failure to comply with Plaintiff/Judgment Creditor Dongguan Cheng One Co., Ltd.'s post-judgment information subpoena and this Court's prior Orders. IT IS FURTHER ORDERED that Ms. Wu shall purge her contempt by serving complete and sworn written responses, together with all responsive documents, to Plaintiff/Judgment Creditor's information subpoena no later than seven days from the date of this Order by emailing Plaintiff/Judgment Creditor's counsel. IT IS FURTHER ORDERED that Plaintiff/Judgment Creditor Dongguan Cheng One Co., Ltd. is AWARDED its reasonable attorneys' fees and costs incurred in bringing this Order to Show Cause. Plaintiff shall submit a fee application within fourteen days of this Order. SO ORDERED. (Signed by Judge Edgardo Ramos on 2/3/2026) (mml)**

**1:24-cv-03388-ER Notice has been electronically mailed to:**

Richard E. Lerner      richard@mazzolalindstrom.com

Aleksander Boleslaw Milch      aleksander@kasenlawfirm.com

Shan Chen      jessica@mazzolalindstrom.com

**1:24-cv-03388-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

 **Document description:** Main Document
 **Original filename:** n/a
 **Electronic document Stamp:**
 [STAMP dcecfStamp_ID=1008691343 [Date=2/4/2026] [FileNumber=34277771-0
 ] [4c7f3c5b825f1d25fd62921f3c890a6c16b6bf305b7f9d68c797211e8d9cabafb69
 3374e65114ccd4af3074a64f6eac9f2258c7e995e5df08d191a1b118e3140]]

**EXHIBIT B**

2/15/26, 11:29 PM      Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Motion for Attorney Fees - Jessica Chen - Outlook

Case 1:24-cv-03388-ER    Document 51    Filed 02/15/26    Page 7 of 11

 **Outlook**

## Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Motion for Attorney Fees

**From** Jessica Chen <jessica@mazzolalindstrom.com>

**Date** Sun 2/15/2026 11:03 PM

**To** Yangyang Wu <yangyangwu@deseninc.com>

**Cc** Richard Lerner <Richard@mazzolalindstrom.com>

📎 1 attachment (197 KB)

E-filed application.pdf;

Dear Ms. Wu,

Please see below and attached—application / motion for attorney fees.

Best regards,

**Shan (Jessica) Chen**

**Mazzola Lindstrom LLP**

1350 Avenue of the Americas, 2nd Floor, New York, NY 10019

**O +1 646.416.6280  M +1 347.652.9046**

Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Sunday, February 15, 2026 10:56 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Motion for Attorney Fees

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

Case 1:24-cv-03388-ER Document 51 Filed 02/15/26 Page 8 of 11

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Chen, Shan on 2/15/2026 at 10:55 PM EST and filed on 2/15/2026

**Case Name:** Dongguan Cheng One Co., Ltd. v. Desen Inc.
**Case Number:** 1:24-cv-03388-ER
**Filer:** Dongguan Cheng One Co., Ltd.
**WARNING: CASE CLOSED on 01/22/2025**
**Document Number:** 49

**Docket Text:**
**MOTION for Attorney Fees . Document filed by Dongguan Cheng One Co., Ltd...(Chen, Shan)**

**1:24-cv-03388-ER Notice has been electronically mailed to:**

Aleksander Boleslaw Milch     aleksander@kasenlawfirm.com

Richard E. Lerner     richard@mazzolalindstrom.com

Shan Chen     jessica@mazzolalindstrom.com

**1:24-cv-03388-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/15/2026] [FileNumber=34332970-0] [69e5f331c847589b69f1f5b2e2dece86bdca89567697f45ad0e0d62cf7db360323ee1c2e24063ffbb878a7f08a195c974b88c7abb94848db28e4ddbee9e220ce]]

**EXHIBIT C**

 Outlook

## Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Proposed Order

**From** Jessica Chen <jessica@mazzolalindstrom.com>

**Date** Sun 2/15/2026 11:04 PM

**To** Yangyang Wu <yangyangwu@deseninc.com>

**Cc** Richard Lerner <Richard@mazzolalindstrom.com>

📎 1 attachment (107 KB)

E-filed Order.pdf;

Dear Ms. Wu,

Please see below and attached—proposed order.

Best regards,

Best regards,

**Shan (Jessica) Chen**

**Mazzola Lindstrom LLP**

1350 Avenue of the Americas, 2nd Floor, New York, NY 10019

**O +1 646.416.6280  M +1 347.652.9046**

Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer -** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Sunday, February 15, 2026 10:58 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Proposed Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

2/15/26, 11:29 PM
Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Proposed Order - Jessica Chen - Outlook

Case 1:24-cv-03388-ER Document 51 Filed 02/15/26 Page 11 of 11

## U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Chen, Shan on 2/15/2026 at 10:58 PM EST and filed on 2/15/2026

**Case Name:** Dongguan Cheng One Co., Ltd. v. Desen Inc.
**Case Number:** 1:24-cv-03388-ER
**Filer:** Dongguan Cheng One Co., Ltd.
**WARNING: CASE CLOSED on 01/22/2025**
**Document Number:** 50

**Docket Text:**
**PROPOSED ORDER. Document filed by Dongguan Cheng One Co., Ltd.. Related Document Number: [49]..(Chen, Shan) Proposed Order to be reviewed by Clerk's Office staff.**

**1:24-cv-03388-ER Notice has been electronically mailed to:**

Aleksander Boleslaw Milch      aleksander@kasenlawfirm.com

Richard E. Lerner      richard@mazzolalindstrom.com

Shan Chen      jessica@mazzolalindstrom.com

**1:24-cv-03388-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/15/2026] [FileNumber=34332973-0] [17f5724b401f0383fd79cf5aed3822d9ce92fa9296283ad7f36f229fe1af70de7d e9efa8a340068e99ee32b2a50d13faec0db1ffdbc6691fca107d806308d376]]