IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

Dongguan Cheng One Co., Ltd.,

                         Plaintiff / Judgment Creditor,

      -against-

Desen Inc.,

                        Defendant / Judgment Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Yangyang Wu,

                        Contemnor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No.: 1:24-cv-03388-ER

**DECLARATION OF SERVICE**

I, Antonio Caquias, state under penalty of perjury, pursuant to 28 USC 1746, as follows:

1.      I am a paralegal with the law firm Mazzola Lindstrom, LLP, counsel for plaintiff Dongguan Cheng One Co Ltd.

2.      I submit this affidavit to confirm that on February 19, 2026, I personally mailed the accompanying Attorney's Fee Award Order via Regular and Certified Mail, with delivery expected by February 21, 2026. Copies of the Order were mailed to Yangyang Wu at the following addresses: 1407 Broadway, Suite 3412, New York, NY 10018; 99-03 43rd Avenue, Corona, NY 11368; and 10312 51st Avenue, Corona, NY 11368. The mailing to 10312 51st Avenue, Corona, NY 11368 was delivered on February 24, 2026, while the other mailings remain in transit. The Certified Mail tracking numbers for these mailings are 9589071052702546955100, 9589071052702546955094, and 9589071052702546955087. In addition, a copy of the Order was emailed to Ms. Wu at yangyangwu@deseninc.com.

Dated: New York, New York
       February 24, 2026

                                    Antonio Caquias, Paralegal
                                    Mazzola Lindstrom LLP
                                    1350 Avenue of the Americas, 2nd Floor
                                    New York, New York 10019

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Corona, NY 11368

OFFICIAL USE

| Certified Mail Fee $5.30 | 0056 46 |
|---|---|
| $6.40 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.78 | |
| Total Postage and Fees $10.48 | 02/19/2026 |

Sent To YangYang Wu
Street and Apt. No., or PO Box No. 09-03 43rd Avenue
City, State, ZIP+4 Corona NY 11368

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2546 9551 00

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Corona, NY 11368

OFFICIAL USE

| Certified Mail Fee $5.30 | 0056 46 |
|---|---|
| $6.40 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.78 | |
| Total Postage and Fees $10.48 | 02/19/2026 |

Sent To Yang Yang Wu
Street and Apt. No., or PO Box No. 10312 51st Avenue
City, State, ZIP+4 Corona, NY 11368

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2546 9550 87

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

New York, NY 10018

OFFICIAL USE

| Certified Mail Fee $5.30 | 0056 46 |
|---|---|
| $6.40 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.78 | |
| Total Postage and Fees $10.48 | 02/19/2026 |

Sent To Yang Yang Wu
Street and Apt. No., or PO Box No. 1407 Broadway, Suite 3412
City, State, ZIP+4 New York, NY 10018

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2546 9550 94

2/24/26, 3:25 PM

Case 1:24-cv-03388-ER

Document 53

Filed 02/24/26

Page 3 of 5

USPS.com® - USPS Tracking® Results

ALERT: WINTER WEATHER IN THE WESTERN, THE NORTH CENTRAL, AND EXTREME IMPACT…

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 95890710527O2546955087

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to a neighbor as requested at 2:19 pm on February 24, 2026 in CORONA, NY 11368.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Neighbor as Requested**

CORONA, NY 11368
February 24, 2026, 2:19 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

See Less ⌃

Track Another Package

| | |
|---|---|
| **From:** | Jessica Chen |
| **To:** | Yangyang Wu |
| **Cc:** | Richard Lerner |
| **Subject:** | Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Order |
| **Date:** | Thursday, February 19, 2026 12:25:00 PM |
| **Attachments:** | Order-021926.pdf |

Ms. Wu,

Please see the Court Order below and attached.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Thursday, February 19, 2026 12:06 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 2/19/2026 at 12:06 PM EST and filed on 2/19/2026

**Case Name:** Dongguan Cheng One Co., Ltd. v. Desen Inc.

**Case Number:** 1:24-cv-03388-ER

**Filer:**

**WARNING: CASE CLOSED on 01/22/2025**

**Document Number:** 52

**Docket Text:**
**ORDER: WHEREAS, on February 3, 2026, this Court found Yangyang Wu in civil contempt and awarded Plaintiff its reasonable attorneys' fees and costs incurred in bringing the order to show cause, IT IS HEREBY ORDERED that: 1. Plaintiff is awarded attorney' fees in the total amount of $14,365.00, payable by Yangyang Wu; 2. Yangyang Wu shall pay this amount within fourteen days of entry of this order; 3. This award shall accrue post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this order until paid. 4. This award is in addition to, and does not alter, Ms. Wu's continuing obligation to comply with this Court's prior orders. 5. Failure to timely comply with this order may result in additional sanctions. ORDERED this 19th day of February, 2026. (Signed by Judge Edgardo Ramos on 2/19/2026) (ar)**

**1:24-cv-03388-ER Notice has been electronically mailed to:**

Richard E. Lerner    richard@mazzolalindstrom.com

Aleksander Boleslaw Milch    aleksander@kasenlawfirm.com

Shan Chen    jessica@mazzolalindstrom.com

**1:24-cv-03388-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/19/2026] [FileNumber=34351735-0] [18f4bdd597c5a2cde45b53c0c07ac0560e9e2237037d03913c3788bf4546cd6e5d cb3ef02c6976f975c8c8d434bfc7b5b92bfe888317474c390e5d806884a5f1]]