IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x   Civil Action No.: 1:24-cv-03388-ER

Dongguan Cheng One Co., Ltd.,

               Plaintiff / Judgment Creditor,   **[PROPOSED] ORDER TO SHOW**

    -against-   **CAUSE**

Desen Inc.,

              Defendant / Judgment Debtor.
---------------------------------------------------------------------x

Yangyang Wu,

              Contemnor.
---------------------------------------------------------------------x

Upon the memorandum of law dated April 23, 2026, and the declaration dated April 23, 2026, of Shan (Jessica) Chen, counsel for plaintiff/judgment creditor Dongguan Cheng One Co., Ltd., together with the papers annexed thereto,

It appearing that contemnor Yangyang Wu, principal of defendant/judgment debtor Desen Inc., or otherwise having control and personal knowledge of the whereabouts of the assets of Desen Inc., has willfully failed and refused to respond to plaintiff's information subpoena dated March 28, 2025, and served on April 18, 2025, seeking information as to the whereabouts of the defendant/judgment debtor's assets, and furthermore that she, despite having been held in civil contempt on February 3, 2026, has willfully failed and refused to the Court's February 3, 2026, Order requiring her to respond to the same subpoena within seven days, and the Court's February 19, 2026, Order requiring her to pay plaintiff's reasonable attorney's fees, it is hereby

ORDERED that contemnor Yangyang Wu shall show cause before the Honorable Edgardo Ramos, United States District Judge, in Courtroom 619, United States Courthouse, 40 Foley Square, New York, New York on _____, 2026, at 11:30 a.m.,

1. Why an Order should not be made and entered holding her in civil contempt of court for her willful failure to comply with the Court's February 3 (ECF 48) and February 19 (ECF 52) Orders;

2. Why said contemnor should not be ordered to pay the reasonable attorneys' fees, costs, and expenses incurred by plaintiff/judgment creditor in bringing this motion;

3. Why contemnor should not receive the following sanctions:

    a. Attorneys' fees for having to bring this motion, pursuant to FRCP 37(b)(2)(C) which requires the Court to order Yangyang Wu to pay Plaintiff's reasonable expenses in bringing this motion if her continued non-compliance be found to be in contempt under FRCP 37(b)(2)(A)(vii).

    b. A fine owed to Plaintiff of $1,000 per day, to start running one week after the Court's order granting Plaintiff's motion for sanctions.

    c. That Mrs. Wu be subject to arrest and imprisonment for a time not to exceed the legal maximum, or for any limited amount of time that the Court deems just, if she does not respond to the information subpoena within three weeks after the Court's order granting Plaintiff's motion for sanctions; in particular, that the Court indicate that it will sign an arrest warrant either immediately or at the proper time in the future, directing the United States Marshals to take Mrs. Wu, after she miss the deadline for her compliance, into their custody and hold her there until she responds to the information subpoena or demonstrates her inability to do so or the inability of anyone to do so on her behalf.

d.    Any other sanction which the Court in its wisdom and experience deems appropriate, or any alteration or modification that the Court sees fit to make in wording to the foregoing requested sanctions.

4. Why plaintiff/judgment creditor should not have such other and further relief as may be proper.

SUFFICIENT REASON APPEARING THEREFOR, it is further

ORDERED that service of this order, and the accompanying supporting papers, shall be valid, if personal service upon counsel for defendant/judgment creditor Desen Inc. on or before _____, 2026, and via e-mail upon Yangyang Wu at e-mail address yangyangwu@deseninc.com on or before said date; and it is further

ORDERED that responsive papers, if any, are to be filed by _____, 2026.

ORDERED this ___ day of _____ 2026

_____
Edgardo Ramos, USDJ-SDNY