IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x    Civil Action No.: 1:24-cv-03388-ER

Dongguan Cheng One Co., Ltd.,

               Plaintiff / Judgment Creditor,    **Supplemental Declaration in**

    -against-    **Support of OTSC**

Desen Inc.,

               Defendant / Judgment Debtor.
-------------------------------------------------------------------x

Yangyang Wu,

               Contemnor.
-------------------------------------------------------------------x

      I, Shan (Jessica) Chen, an attorney duly admitted to practice before the courts of the State of New York, hereby declare under penalty of perjury as follows:

1. I am counsel for plaintiff/judgment creditor Dongguan Cheng One Co., Ltd., and I submit this supplemental declaration in support of plaintiff/ judgment creditor's Order to Show Cause for additional sanctions.

2. **Exhibit B**, referenced in my prior declaration submitted in support of the Order to Show Cause, was inadvertently omitted from the original filing.

3. Attached hereto as **Exhibit B** is a true and correct copy of the USPS tracking history demonstrating successful service of the Court's February 19, 2026 Order on Yangyang Wu.

***

1

4.  This Supplemental Declaration is submitted solely to complete the record and provide the

Court with the previously referenced exhibit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2026

New York, NY

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

_____
Shan (Jessica) Chen
*Counsel for plaintiff / judgment creditor*
*Dongguan Cheng One Co., Ltd.*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
347-652-9046
jessica@mazzolalindstrom.com