# EXHIBIT B

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 9589071052702546955087

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to a neighbor as requested at 2:19 pm on February 24, 2026 in CORONA, NY 11368.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Neighbor as Requested**
CORONA, NY 11368
February 24, 2026, 2:19 pm

● **In Transit to Next Facility**
February 23, 2026

● **Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
February 19, 2026, 7:40 pm

● **USPS in possession of item**
NEW YORK, NY 10020
February 19, 2026, 1:45 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs