**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

| | |
|---|---|
| **DONGGUAN CHENG ONE CO., LTD.,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **1:24-cv-03388** |
| -against- | **AFFIRMATION** **IN RESPONSE** |
| **DESEN INC.,** | |
| **Defendant.** | |

-----------------------------------------------------------------------X

**STATE OF NEW YORK:**    }
                                     **SS:**    }
**COUNTY OF QUEENS:**    }

I, **ALEKSANDER B. MILCH, ESQ.**, an attorney duly admitted to practice law before the Southern District of New York, over the age of eighteen, and not a party to this action, make the following statement in response to this Order to Show Cause, which I affirm to be true under the penalties of perjury:

1.  I am an attorney duly admitted to practice law before the Southern District of New York, and employed as an attorney with The Kasen and Liu Law Firm, PLLC ("Kasen").

2.  I am fully familiar with the facts and circumstances of this case based on my review of the office file maintained by Kasen, and my past communications with a representative of the defendant, Desen Inc., Mrs. Yangyang Wu.

3.  Kasen has represented the defendant, Desen Inc.**,** in this action, having been retained on or about February 17, 2025, but by now, has lost contact with Mrs. Wu.

4.  Kasen does not now, and has never represented Mrs. Wu individually.

1

5. The instant action was initiated by the plaintiff, Dongguan Cheng One Co., Ltd., as against the defendant, seeking to recover damages for unpaid invoices for goods sold, namely articles of clothing, intended by defendant, Desen Inc., to be sold to retailers in the U.S. Dkt. 1.

6. Defendant failed to respond or otherwise appear, and judgment was entered on default. Dkt. 28.

7. Defendant, by the undersigned, previously made a motion by Order to Show Cause, to vacate its default (Dkt. 31), which was opposed by plaintiff (Dkt. 33-34), and denied by this Court (Dkt. 38).

8. On June 5, 2025, at the close of oral argument, the undersigned did indeed request that the decision be held in abeyance briefly to allow for settlement negotiations, and plaintiff's counsel conditioned the same on a response to their information subpoena.

9. Thereafter, the undersigned did forward the subpoena with a translation of the same in Mandarin to Mrs. Yangyang Wu.  Dkt. 45-1.

10. My attempt to seek resolution was sincere, which is why I had my assistant translate the information subpoena for Mrs. Wu.

11. I conveyed a series of warnings to Mrs. Wu through telephone and email messages on June 5th, June 10th, June 11th, June 12th, June 18th, and June 19th.

12. One June 26, 2025, counsel for plaintiff and defendants filed separate status letters with the Court.  Dkt. 36 & 37.

13. In the letter by the undersigned (Dkt. 37), it was stated that a response to the information subpoena had not been received and that Mrs. Wu had closed communications with my office.

14. A contempt hearing was later had on January 27, 2026.  I did provide notice by email to Mrs. Wu prior the hearing.

15. After the hearing, this Court found Mrs. Wu to be in civil contempt.  Dkt. 48.  This Court further ordered Mrs. Wu to pay attorney's fees to plaintiff.  Dkt. 52.

16.  The undersigned will make a separate motion to withdraw as counsel for Desen Inc., but has been delayed by the burden of his caseload, much of which involves the representation of detained and juvenile immigrants.

17. In addition to, and, unfortunately, corresponding to the policy and legal changes which have besieged the arena of immigration litigation in recent months, Kasen has also undergone a drastic downsizing in staff, which has required me to be deployed in other capacities, and has further slowed my progress.

*I affirm this 7th day of May, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

Dated:  Flushing, New York  
      May 7, 2026

                                        Aleksander B. Milch, Esq.

**CIVIL ACTION NO. 1:24-cv-03388**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**DONGGUAN CHENG ONE CO., LTD.,**

        **Plaintiff,**

    **-against-**

**DESEN INC.,**

        **Defendant.**

---

## AFFIRMATION IN RESPONSE

---

Dated:  Flushing, New York
     May 7, 2026                          Aleksander B. Milch, Esq.

---

**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for Defendant, Desen Inc.*
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel: (718) 337-8012 Fax: (718) 709-8850

**To:**
**MAZZOLA LINDSTROM, LLP**
*Attorneys for Plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10018