IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    Civil Action No.: 1:24-cv-03388-ER
Dongguan Cheng One Co., Ltd.,

                    Plaintiff / Judgment Creditor,    **Certificate of Service**

      -against-

Desen Inc.,
                  Defendant / Judgment Debtor.
-----------------------------------------------------------------x
Yangyang Wu,

               Contemnor.
-----------------------------------------------------------------x

I, Shan (Jessica) Chen, hereby certify as follows:

1. I am an attorney with the Mazzola Lindstrom, LLP law firm, counsel for plaintiff / judgment creditor Dongguan Cheng One Co., Ltd.

2. I submit this certificate to confirm service of the Court's Order dated April 28, 2026 and the accompanying supporting papers.

3. On April 28, 2026, I emailed counsel for Defendant/Judgment Debtor Desen Inc., Aleksander Milch, Esq., to inquire whether he would waive personal service and accept service by email. In that same email, I provided the Court's Order dated April 28, 2026 and the accompanying supporting papers.

4. On April 30, 2026, Mr. Milch replied confirming receipt and accepting service by email, stating: "Yes." The email chain is attached hereto as Exhibit A.

5. On April 28, 2026, I also served the Court's Order dated April 28, 2026 and the accompanying supporting papers on Contemnor Yangyang Wu via email at

1

yangyangwu@deseninc.com. The email was successfully delivered. The email is attached hereto as Exhibit B. [1]

6. Accordingly, service of the Court's Order dated April 28, 2026 and the accompanying supporting papers was successfully completed upon counsel for Defendant / Judgment Debtor Desen Inc. and upon Contemnor Yangyang Wu.

Dated: New York, New York

May 13, 2026

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

_____

Shan (Jessica) Chen
*Counsel for plaintiff Dongguan
Cheng One Co., Ltd.*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(d) 646-416-6280 (m) 347-652-9046
jessica@mazzolalindstrom.com

---

[1] Due to my laptop issue with adobe, I forwarded the original email chain to my colleague to create the PDF version.

2

**EXHIBIT A**

| | |
|---|---|
| **From:** | Aleksander |
| **To:** | Jessica Chen |
| **Cc:** | Richard Lerner; Antonio Caquias |
| **Subject:** | Re: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. |
| **Date:** | Thursday, April 30, 2026 9:10:16 AM |

Yes.

Скачайте Outlook для iOS

**От:** Jessica Chen <jessica@mazzolalindstrom.com>
**Отправлено:** Tuesday, April 28, 2026 2:43:30 PM
**Кому:** Aleksander <Aleksander@kasenlawfirm.com>
**Копия:** Richard Lerner <Richard@mazzolalindstrom.com>; Antonio Caquias <antonio@mazzolalindstrom.com>
**Тема:** Re: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc.

Hi Mr. Milch,

Please let us know whether you will waive personal service and accept service by email. I have attached the documents and court order here for your review in case you are willing to accept email service.

Thank you.


Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** Aleksander <Aleksander@kasenlawfirm.com>
**Sent:** Friday, December 26, 2025 2:24 PM
**To:** Jessica Chen <jessica@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>; Antonio Caquias <antonio@mazzolalindstrom.com>
**Subject:** Re: 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc.

Received. Thank you.

**EXHIBIT B**

 **Outlook**

---

## FW: Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Order to Show Cause

---

**From** Jessica Chen <jessica@mazzolalindstrom.com>

**Date** Wed 5/13/2026 5:13 PM

**To** Dave Lindstrom <Dave@mazzolalindstrom.com>

📎 7 attachments (1 MB)
Amended OTSC.pdf; Declaration.pdf; Exhibit A.pdf; Exhibit B.pdf; Memo of Law.pdf; Proposed OTSC.pdf; Supplemental Declaration.pdf;

Please produce PDF of this email thread.

Best regards,

**Shan (Jessica) Chen**

**Mazzola Lindstrom LLP**

1350 Avenue of the Americas, 2nd Floor, New York, NY 10019

**O +1 646.416.6280  M +1 347.652.9046**

Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer -** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** Jessica Chen
**Sent:** Tuesday, April 28, 2026 2:47 PM
**To:** Yangyang Wu <yangyangwu@deseninc.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>; Antonio Caquias <antonio@mazzolalindstrom.com>
**Subject:** Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Order to Show Cause

Ms. Wu,

Please see the Court Order and the accompanying supporting papers below and attached.

Best regards,

**Shan (Jessica) Chen**

**Mazzola Lindstrom LLP**

1350 Avenue of the Americas, 2nd Floor, New York, NY 10019

**O +1 646.416.6280  M +1 347.652.9046**

Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer -** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, April 28, 2026 11:44 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-03388-ER Dongguan Cheng One Co., Ltd. v. Desen Inc. Order to Show Cause


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 4/28/2026 at 11:43 AM EDT and filed on 4/28/2026
**Case Name:**        Dongguan Cheng One Co., Ltd. v. Desen Inc.
**Case Number:**      1:24-cv-03388-ER
**Filer:**
**WARNING: CASE CLOSED on 01/22/2025**
**Document Number:** 59

**Docket Text:**
**AMENDED ORDER TO SHOW CAUSE: ORDERED that contemnor Yangyang Wu shall show cause before the Honorable Edgardo Ramos, United States District Judge, in Courtroom 619, United States Courthouse, 40 Foley Square, New York, New York on May 14, 2026, at 3:30 p.m., 1.Why an Order should not be made and entered holding her in civil contempt of court for her willful failure to comply with the Courts February 3 (ECF 48) and February 19 (ECF52)Orders; 2.Why said contemnor should not be ordered to pay the reasonable attorneys fees, costs,and expenses incurred by plaintiff/judgment creditor in bringing this motion; 3.Why contemnor should not receive the following sanctions:a.Attorneys fees for having to bring this motion, pursuant to FRCP 37(b)(2)(C)which requires the Court to order Yangyang Wu to pay Plaintiffs reasonable expenses in bringing this motion if her continued non-compliance be found to be in contempt under FRCP 37(b)(2)(A) (vii). b.A fine owed to Plaintiff of $1,000 per day, to start running one week after the Court's order granting Plaintiffs motion for sanctions.c.Any other sanction which the Court in its wisdom and experience deems appropriate, or any alteration or modification that the Court sees fit to make in wording to the foregoing requested sanctions. 4. Why plaintiff/judgment creditor should not have such other and further relief as may be proper. SUFFICIENT REASON APPEARING THEREFOR, it is further ORDERED that service of this**

**order, and the accompanying supporting papers, shall be valid, if personal service upon counsel for defendant/judgment creditor Desen Inc. on or before April 30, 2026, and via e-mail upon Yangyang Wu at e-mail address yangyangwu@deseninc.com on or before said date; and it is further ORDERED that responsive papers, if any, are to be filed by May 7, 2026. ORDERED. Show Cause Hearing set for 5/14/2026 at 03:00 PM in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos. Show Cause Response due by 5/7/2026. (Signed by Judge Edgardo Ramos on 4/28/2026) (jca)**

**1:24-cv-03388-ER Notice has been electronically mailed to:**

Richard E. Lerner     richard@mazzolalindstrom.com

Aleksander Boleslaw Milch     aleksander@kasenlawfirm.com

Shan Chen     jessica@mazzolalindstrom.com

**1:24-cv-03388-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/28/2026] [FileNumber=34696532-0] [2e2af956a3dec661b4488967d3bf161aa7f0f87cfeebe3dd82f75ec17c6d039553 485b69d12c67b8efbd6d1aa6b13a2db460f0ca3640cb6457caccc7de5ef39f]]