MAZZOLA LINDSTROM LLP

Shan (Jessica) Chen
JESSICA@MAZZOLALINDSTROM.COM
646.216.8300 (MAIN)
646.416.6280 (DIRECT)

July 17, 2026

**MEMO ENDORSED**
at page 3

**VIA ECF**
**Honorable Edgardo Ramos**
**U.S. District Court for the**
**Southern District of New York**

**RE: Dongguan Cheng One Co., Ltd. adv. Desen Inc.; Civil Action No.: 1:24-cv-03388-ER**

Dear Honorable Judge Ramos,

Plaintiff and Defendant, by and through their respective counsel, respectfully submit this Joint Status Report pursuant to the Court's June 5, 2026 Minute Entry.

At the June 5, 2026 Show Cause Hearing, the Court ordered Defendant's principal Yangyang Wu to produce documents responsive to Plaintiff's document requests within 30 days. Plaintiff has reviewed Defendant's production and submits that, although certain documents have been produced, Defendant has not fully complied with the Court's Order.

Specifically:

1. **Late and incomplete production.** Defendant's production was untimely and materially incomplete. Defendant produced certain bank statements, balance sheets, and invoices, but numerous responsive categories of documents remain outstanding.

2. **Missing contracts.** Defendant produced invoices relating to accounts receivable allegedly owed to Desen by BNS and WMI but did not produce the corresponding contracts or agreements requested in Plaintiff's document requests.

3. **Outstanding financial records.** Defendant did not produce numerous requested financial records (or tax returns), including Desen's Schedule K-1s for 2020 through 2025, all of Desen's bank statements from 2020 forward, and other documents reasonably expected to exist, including loan documents and records relating to the sale or disposition of Desen's assets.

4. **Additional production promised but not received.** Defendant's counsel has represented that additional responsive documents would be forthcoming. As of the date of this Status Report, Plaintiff has not received those documents.

5. **Huson Inc.** Plaintiff also identified invoices reflecting "Huson Inc." at the same address as Desen. Plaintiff has requested an explanation of Huson Inc.'s relationship to Desen and the production of any responsive documents concerning that entity. As of today, Plaintiff has not yet received any meaningful information or explanation from the Defendant.

6. **Disposition of Cheng One's goods.** One issue of particular concern remains entirely unaddressed. Cheng One delivered approximately US$1 million worth of goods to Desen. The production contains no documents showing what ultimately happened to those goods, including whether they were sold, the proceeds received from any such sale, or the disposition of those proceeds. Plaintiff has requested production of any responsive documents or confirmation that no such documents exist.

7. **Unexplained attempted withdrawal of approximately $1.7 million.** Although Plaintiff did not explicitly seek an explanation concerning Defendant's apparent attempt to withdraw approximately $1.7 million from Desen's JPMorgan Chase account after Plaintiff restrained the account. Plaintiff has clearly asked this question at the June 5 show cause hearing. This information is directly relevant to Plaintiff's efforts to trace Desen's assets and enforce the Judgment. But this question remains unaddressed as to date.

Accordingly, Plaintiff respectfully submits that Defendant has not complied fully with the Court's June 5, 2026 Order. Plaintiff respectfully requests that the Court direct Defendant to produce all outstanding responsive documents, including the additional documents referenced by defense counsel, by a date certain, and grant such further relief as the Court deems just and appropriate to ensure Defendant's compliance with the Court's post-judgment discovery Order.

Defendant's counsel understands the significance of the Court's order, and apologizes to the Court and plaintiff's attorneys for the lack of full compliance therewith. He will continue to work with Mrs. Wu to provide as complete a response as possible. The success of those efforts will depend on Mrs. Wu's cooperation. Following production of a revised response, his office and he will apply to the Court to be relieved as counsel.

Dated: July 17, 2026

Respectfully submitted,
MAZZOLA LINDSTROM, LLP

ShanChen

Shan (Jessica) Chen
*Counsel for Plaintiff*

The parties are directed to submit a joint status update on August 20, 2026. Wu is directed to complete production by that date. If at that point, Wu's production is still incomplete, the Court will schedule a hearing on the matter.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 20, 2026
New York, New York

THE KASEN AND LIU LAW FIRM, PLLC
/S/ Aleksander B. Milch
Aleksander B. Milch, Esq.
*Counsel for Defendant*